**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Landscape Resources, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   **36-3777920** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1135 South Lake Street**<br>**Montgomery, IL 60538** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Kane** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)      ☐ Railroad<br>■ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other_____  ☐ Clearing Bank | ■ Chapter 7      ☐ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business      ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Landscape Resources, Inc.**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Stephen J. Costello**
Signature of Attorney for Debtor(s)

**Stephen J. Costello 6187315**
Printed Name of Attorney for Debtor(s)

**Costello & Costello**
Firm Name

**19 N. Western Ave. (RT 31)**
**Carpentersville, IL 60110**
Address

**Email: steve@costellolaw.com**
**847-428-4544  Fax: 847-428-4694**
Telephone Number

**July 8, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary Deaton**
Signature of Authorized Individual

**Gary Deaton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 8, 2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:



If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

## Northern District of Illinois, Eastern Division

In re  **Landscape Resources, Inc.**                                    ,    Case No. _____

                                        Debtor

                                                                    Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 160,100.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,967,662.64 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 8 | | 685,482.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 45 | | 1,475,265.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| | Total Assets | | 160,100.00 | | |
| | | Total Liabilities | | 4,128,410.35 | |

In re   **Landscape Resources, Inc.** ,   Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re   **Landscape Resources, Inc.**                                      ,   Case No. _____
                                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **West Suburban Bank, Lombard, Il. checking account** | - | 0.00 |
| | | **Funds Administration, 4615 Southwest Freeway, Houston, Tx 77027 - account** | - | 0.00 |
| | | **LaSalle Bank, Rt.59 & Ferry Rd., Warrenville, Il. 60555** | - | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                                 Sub-Total >              **100.00**
                                                              (Total of this page)

 __2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Landscape Resources, Inc.** ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **See attached list** | **-** | **160,000.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                 **160,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Landscape Resources, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached list** | - | **Unknown** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Office furniture at 1135 South Lake St., Montgomery, Il. 60538** | - | **Unknown** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **See attached list** | - | **Unknown** |
| 28. Inventory. | | **See attached list** | - | **Unknown** |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **160,100.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re  **Landscape Resources, Inc.**                                                    ,    Case No. _____
                                                        Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **01451928-08-00018** | | | | 2001 | | | | | |
| **Fifth Third Auto Leasing Trust Indiana (Northern)** P O Box 630041 Cincinnati, OH 45263-0041 | | | | Lease 2001 Chevrolet Corvette | | | | | |
| | | | | Value $            0.00 | | | | 4,750.30 | 4,750.30 |
| Account No. **35220404** | | | | 2003 | | | | | |
| **Ford Credit** Post Office Box 219825 Kansas City, Mo. 64121-9825 | | | | Retail installment loan 2003 Ford F350 | | | | | |
| | | | | Value $            0.00 | | | | 13,398.66 | 13,398.66 |
| Account No. **024-9029-01625** | | | | 2003 | | | | | |
| **GMAC** Post Office Box 9001951 Louisville, Ky.40290-1951 | | | | Retail installment loan 2003 Chevrolet Trailblazer | | | | | |
| | | | | Value $            0.00 | | | | 20,862.60 | 20,862.60 |
| Account No. **024-9047-74587** | | | | 2004 | | | | | |
| **GMAC** P O Box 9001951 Louisville, Ky 40290-1951 | | | | Retail installment loan 2004 Buick Rainier | | | | | |
| | | | | Value $            0.00 | | | | 31,251.01 | 31,251.01 |
|   **2**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | 70,262.57 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **024-9019-47884** | | | **2002** | | | | | |
| **GMAC** **P O Box 9001951** **Louisville, Ky. 40290-1951** | | | **Retail installment loan** **2002 Chevrolet Silverado** | | | | | |
| | | | Value $            0.00 | | | | **3,355.56** | **3,355.56** |
| Account No. 990950689 | | | **2002** | | | | | |
| **Harris Bank Barrington NA** **P O Box 6201** **Carol Stream, Il 60197-6201** | | | **Retail installment loan** **2002 Chevrolet Impala** | | | | | |
| | | | Value $            0.00 | | | | **797.76** | **797.76** |
| Account No. 05810403-0001 | | | **2002** | | | | | |
| **Navistar Financial Corp** **P O Box 96070** **Chicago, Il 60693-6070** | | | **Retail installment loan** **2002 International 4400 truck** | | | | | |
| | | | Value $            0.00 | | | | **27,978.11** | **27,978.11** |
| Account No. 90094315 | | | **2002** | | | | | |
| **The CIT Group/EF** **File #55603** **Los Angeles, Ca 90074-5603** | | | **Retail installment loan** **TL-150** | | | | | |
| | | | Value $            0.00 | | | | **19,882.35** | **19,882.35** |
| Account No. 90108619 | | | **2003** | | | | | |
| **The CIT Group/EF** **File #55603** **Los Angeles, Ca 90074-5603** | | | **Retail installment loan** **Takeuchi TL 150 Loader** | | | | | |
| | | | Value $            0.00 | | | | **18,192.53** | **18,192.53** |

Husband, Wife, Joint, or Community

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)              **70,206.31**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re  **Landscape Resources, Inc.**                                          ,     Case No. _____
                                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **502-5043134-001** |  |  | **2002** |  |  |  |  |  |
| **Volvo** **P O Box 7247-0236** **Philadelphia, Pa 19170-0236** |  | - | **Retail installment loan** **EC 35 Excavator Mini** |  |  |  |  |  |
|  |  |  | Value $                    **0.00** |  |  |  | **4,414.26** | **4,414.26** |
| Account No. |  |  | **Secured by all property of the Debtor** |  |  |  |  |  |
| **West Suburban Bank** **711 South Meyers Road** **Lombard, IL 60148** | X | - |  |  |  |  |  |  |
|  |  |  | Value $              **Unknown** |  |  |  | **1,822,779.50** | **Unknown** |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |
|  |  |  | Value $ |  |  |  |  |  |

Note: "Husband, Wife, Joint, or Community" appears above the H W J C column header.

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,827,193.76** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **1,967,662.64** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6E
(04/04)

In re **Landscape Resources, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___7___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____
                                      Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | thru 7/05/05 | | | | | |
| Angel Espinal, Jr. 929 Kane Street Aurora, Il 60505 | | | payroll | | | | 87.55 | 87.55 |
| Account No. | | | thru 7/05/05 | | | | | |
| Brian Spies 2001 Bittersweet Plano, Il 60545 | | | payroll | | | | 218.17 | 218.17 |
| Account No. | | | thru 7/05/05 | | | | | |
| Diane Ketterer 14428 S Heatherwood Dr Homer Glen, Il 60491 | | | payroll | | | | 1,081.21 | 1,081.21 |
| Account No. | | | thru 7/05/05 | | | | | |
| Edgar Garcia 632 Pennsylvania Aurora, Il 60505 | | | payroll | | | | 685.93 | 685.93 |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **2,072.86**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re  **Landscape Resources, Inc.**                                              ,  Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | thru 7/05/05 | | | | | |
| Eli Cruz 6202 Smokey Ridge Dr Plaintfield, Il 6054 | - | | payroll | | | | 286.28 | 286.28 |
| Account No. | | | thru 7/05/05 | | | | | |
| Froylan Batista 227 Harrison Carpentersville, Il 60110 | - | | Payroll | | | | 1,128.94 | 1,128.94 |
| Account No. | | | thru 7/05/05 | | | | | |
| Gary Deaton 180 Peachtree Lane West Chicago, Il 60185 | - | | Salary | | | | 6,015.12 | 4,925.00 |
| Account No. | | | thru 7/05/05 | | | | | |
| Hector Espinal 237 North Ohio Street Aurora, Il 60505 | - | | payroll | | | | 405.56 | 405.56 |
| Account No. | | | thru 7/05/05 | | | | | |
| Ismael Garcia 632 Pennsylvania Ave Aurora, Il 60506 | - | | payroll | | | | 221.07 | 221.07 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

8,056.97

Form B6E - Cont.
(04/04)

In re   **Landscape Resources, Inc.**                 , Case No. _____

                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**James Mc Cabe**<br>**3736 W 217th Street**<br>**Matteson, Il 60443** | - | | thru 7/05/05<br><br>salary | | | | 7,509.74 | 4,925.00 |
| Account No.<br><br>**Joel Serrano**<br>**4724 Clover**<br>**Cortland, Il 60112** | - | | thru 7/05/05<br><br>payroll | | | | 590.76 | 590.76 |
| Account No.<br><br>**Jorge Serrano**<br>**805 Tyler Drive**<br>**Carpentersville, Il 60110** | - | | thru 7/05/05<br><br>payroll | | | | 1,399.36 | 1,399.36 |
| Account No.<br><br>**Jose Lopez**<br>**2116 Morningside Lane**<br>**Carpentersville, Il 60110** | - | | thru 7/05/05<br><br>payroll | | | | 982.60 | 982.60 |
| Account No.<br><br>**Juan Serrano**<br>**109 Granada Road**<br>**Carpentersville, Il 60110** | - | | thru 7/05/05<br><br>payroll | | | | 1,399.36 | 1,399.36 |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **11,881.82**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re **Landscape Resources, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Martin Serrano<br>841 Post Lane<br>Streamwood, Il 60107 | - | | thru 7/05/05<br><br>payroll | | | | 468.06 | 468.06 |
| Account No.<br><br>Michele Deaton<br>180 Peachtree Lane<br>West Chicago, Il 60185 | - | | 7/05/05<br><br>payroll | | | | 1,961.30 | 1,961.30 |
| Account No.<br><br>Randall Brockway<br>154 Northgate Road<br>Riverside, Il 60546 | - | | thru 7/05/05<br><br>Payroll | | | | 3,422.97 | 3,422.97 |
| Account No.<br><br>Rick Kohler<br>1544 Stoneridge Court<br>Yorkville, Il 60560 | - | | thru 7/05/05<br><br>payroll | | | | 1,199.29 | 1,199.29 |
| Account No.<br><br>Rodolfo Delgado<br>17 Ash Street<br>Carpentersville, Il 60110 | - | | thru 7/05/05<br><br>payroll | | | | 1,539.88 | 1,539.88 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 8,591.50 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **Landscape Resources, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Shane Deaton <br> 327 W 325 Providence <br> Winfield, Il 60190 | | - | thru 7/05/05 <br><br> payroll | | | | 818.12 | 818.12 |
| Account No. <br><br> Shane Reinink <br> 1803 Meadowbrook Ct <br> Sycamore, Il 60178 | | - | 7/05/05 <br><br> payroll | | | | 2,106.84 | 2,106.84 |
| Account No. <br><br> Thomas Firecracker <br> 1140 South State St <br> Aurora, Il 60505 | | - | 7/05/05 <br><br> payroll | | | | 2,092.50 | 2,092.50 |
| Account No. <br><br> Ureil Geron <br> 1832 Endicott Circle <br> Carpentersville, Il 60110 | | - | thru 7/05/05 <br><br> payroll | | | | 140.43 | 140.43 |
| Account No. <br><br> Victor Garcia <br> 632 Pennsylvania <br> Aurora, Il 60505 | | - | thru 7/05/05 <br><br> payroll | | | | 1,416.59 | 1,416.59 |

Sheet __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     6,574.48

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Victor Macias** **943 Second Ave** **Aurora, Il 60505** | - | | thru 7/05/05 payroll | | | | 362.94 | 362.94 |
| Account No. **Zach Deaton** **180 Peachtree Lane** **West Chicago, Il 60185** | - | | thru 7/05/05 payroll | | | | 426.61 | 426.61 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| Subtotal (Total of this page) | 789.55 |
|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re     **Landscape Resources, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Il Dept of Revenue**<br>**P O Box 19025**<br>**Springfield, Il 62794** | - | | **thru 12/30/04**<br><br>**Taxes** | | | | **43,906.86** | **43,906.86** |
| Account No.<br><br>**Il Dept. of Employment Sec**<br>**P O Box 802551**<br>**Chicago, Il 60680-2551** | - | | **Thru 3/29/05**<br><br>**Unemployment taxes** | | | | **91,030.83** | **41,430.07** |
| Account No.<br><br>**Internal Revenue Service**<br>**Department of the Treasury**<br>**Cincinnati, Oh 45999-0030** | - | | **through 12/30/04**<br><br>**Taxes** | | | | **512,577.59** | **512,577.59** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **7** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **647,515.28** |
| | Total<br>(Report on Summary of Schedules) | **685,482.46** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F
(12/03)

In re   **Landscape Resources, Inc.**                              Case No. _____

                                              ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**1st AYD Corporation** <br>**1325 Gateway Drive** <br>**Elgin, Il. 60123** | | - | | **Services** | | | | **Unknown** |
| Account No. 018985 <br><br>**A&A Equipment & Supply** <br>**1110 N Ellis Ave** <br>**Bensenville, Il 60106** | | | | **2004** <br>**Vetrns Mem** | | | | **146.00** |
| Account No. **10621** <br><br>**Advanced Material Services** <br>**435 Pennsylvania Ave** <br>**Suite 604** <br>**Glen Ellyn, IL 60137** | | - | | **2004** <br>**Pbl Wrk** | | | | **1,000.00** |
| Account No. 0265520-IN <br><br>**Agri Drain** <br>**P O Box 458** <br>**Adair, Ia 50002** | | - | | **2005** <br>**Supplies** | | | | **472.76** |

__44__  continuation sheets attached

Subtotal         | **1,618.76**
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:20330-050627   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                      ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Various invoices** <br><br> **Airgas** <br> **P O Box 802588** <br> **Chicago, Il. 60680-2588** | | - | **2005** <br> **Shop supplies - misc. gas** | | | | **251.40** |
| Account No. **070** <br><br> **Alpha to Omega Surveying** <br> **2216  16th Avenue** <br> **Rockford, Il 61104** | | - | **2004** <br> **Raccn Crek - notice purposes only** | | | | **0.00** |
| Account No. **PC 0859511** <br><br> **Altorfer, Inc** <br> **P O Box 1347** <br> **Cedar Rapids, Ia 52406-1347** | | - | **2004** <br> **Iri 823** | | | | **933.84** |
| Account No. **Various invoices** <br><br> **American Rental Centers** <br> **5040 N Big Hollow Road** <br> **Peoria, Il. 61615** | | - | **2004** <br> **IDOT Peor** | | | | **473.30** |
| Account No. **M-1238973** <br><br> **Analysts, Inc** <br> **P O Box 2955** <br> **Torrance, Ca 90509-2955** | | - | **2003** <br> **Lri 113** | | | | **125.00** |

Sheet no. __1__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,783.54**

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.**  ,                    Case No. _____
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **#1**<br><br>**AOS Associates**<br>**728 Bartlett**<br>**Plainfield, Il. 60544** | | - | | | **2005**<br>**Long Grove job** | | | | **360.00** |
| Account No. **Various invoices**<br><br>**Applied Ecological Services**<br>**P O Box 256**<br>**17921 Smith Road**<br>**Brodhead, WI 53520** | | - | | | **2004**<br>**Various jobs** | | | | **34,591.78** |
| Account No.<br><br>**AT&T**<br>**P O Box 8212**<br>**Aurora, Il. 60572-8212** | | - | | | **Services** | | | | **Unknown** |
| Account No. **1000174702**<br><br>**Aurora Area Spring** | | - | | | **2004**<br>**Iri 40** | | | | **114.22** |
| Account No. **Various invoices**<br><br>**Aurora Automotive Supply**<br>**220 West Galena Blvd**<br>**Aurora, Il. 60506** | | - | | | **2004 & 2005**<br>**Iri - Supplies, maint.** | | | | **9,729.12** |

Sheet no. __**2**___ of __**44**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **44,795.12**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Aurora Concrete Products Co** <br> **145 South River Drive** <br> **North Aurora, Il 60542** | - | | | | **Supplies** | | | | **Unknown** |
| Account No. <br><br> **BBA, LLC** <br> **One Pierce Place, 260C** <br> **Itasca, Il 60143** | - | | | | **Supplies** | | | | **Unknown** |
| Account No. **108829** <br><br> **Beverly Materials, LLC** <br> **1100 Brandt Drive** <br> **Elgin, Il. 60120** | - | | | | **2005** <br> **Supplies** | | | | **76.60** |
| Account No. **0480-000335364** <br><br> **BFI of Aurora** <br> **1565 Aurora Avenue Lane** <br> **Aurora, Il 60504** | - | | | | **2005** <br> **Services** | | | | **350.89** |
| Account No. <br><br> **BFI of Melrose Park** <br> **5050 West Lake Street** <br> **Melrose park, Il. 60160** | - | | | | **Services** | | | | **Unknown** |

Sheet no. __**3**___ of __**44**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**427.49**

Form B6F - Cont.
(12/03)

In re **Landscape Resources, Inc.**                                      , Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Services - notice purposes | | | | |
| **Boc Gases (Airgas)** **P O Box 371914** **Pittsburgh, Pa 15251-7914** | | | | | | | | | **0.00** |
| Account No. **Deer grove** | | - | | | 5/27/05 Services | | | | |
| **Bryon Nursery** **P O Box 125** **St. Charles, Il. 60174** | | | | | | | | | **767.40** |
| Account No. **Various invoices** | | - | | | 2004 Raccn Crek jobs | | | | |
| **Buechel Stone Corporation** **West 3639 Hwy H** **Clinton, Wi 53014-9643** | | | | | | | | | **13,239.15** |
| Account No. **Various invoices** | | - | | | 2004 Supplies | | | | |
| **Buikema's Ace Hardware** **963 West 75th Street** **Naperville, Il. 60565** | | | | | | | | | **332.05** |
| Account No. **pay request 01** | | - | | | 2003 Services | | | | |
| **Burke, LLC** **9575 West Higgins Rd** **Suite 600** **Rosemont, IL 60018-4920** | | | | | | | | | **2,620.00** |

Sheet no. __4___ of __44___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,958.60**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**Buttrey Rental Service**<br>**216 West Ogden Avenue**<br>**Westmont, Il. 60559** | | - | | | **2003 & 2004**<br>**Services** | | | | **5,245.76** |
| Account No. **126759**<br><br>**Carol Stream Lawn & Power**<br>**1370 Army Trail Road**<br>**Carol Stream, Il. 60188** | | - | | | **2004**<br>**Iri 908** | | | | **42.04** |
| Account No.<br><br>**Carroll Distributing and**<br>**Construction Supply, Inc**<br>**205 South Iowa Avenu**<br>**Ottumwa, IA 52501** | | - | | | **7/31/04**<br>**Supplies** | | | | **500.83** |
| Account No. **9720**<br><br>**Cary Concrete Products, Inc**<br>**211 Dean Street, Suite 1D**<br>**Woodstock, Il. 60098** | | - | | | **2004**<br>**Vetrns Mem - job** | | | | **12,350.00** |
| Account No.<br><br>**Case Credit Corporation**<br>**P O Box 2032**<br>**Racine, Wi 53401-2032** | | - | | | **Services** | | | | **Unknown** |

Sheet no. __**5**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **18,138.63**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>CECCO Trading, Inc<br>2400 West Cornell Street<br>Milwaukee, Wi 53209 | - | | | | Services | | | | **Unknown** |
| Account No.<br><br>Central Laborers' Pension,<br>Welfare and Annuity Funds<br>P O Box 1267<br>Jacksonville, IL 62651 | - | | | | Pension,Welfar & Annuity Funds | | | | **Unknown** |
| Account No. **Various invoices**<br><br>Chem-Wise Ecological<br>2 1/2 West Wilson Street<br>Suite A-1<br>Batavia, IL 60510 | | | | | 2004 & 2005<br>Services | | | | **160.00** |
| Account No. **Various invoices**<br><br>Chicago Flameproof<br>1180 Reliable Parkway<br>Chicago, Il 60686 | - | | | | 2004<br>Services/supplies | | | | **4,911.95** |
| Account No. **Various invoices**<br><br>ChicagoTribune<br>P O Box 6315<br>Chicago, Il 60680-6315 | - | | | | 2004<br>Services | | | | **450.00** |

Sheet no. __6__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,521.95**

Form B6F - Cont.
(12/03)

In re **Landscape Resources, Inc.** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Credit cards | | | | |
| **Citi Cards** **P O Box 6412** **The Lakes, Nv 88901-6412** | - | | | | | | **Unknown** |
| Account No. **Various invoices** | | | 2004 Iri 40 & Iri 85 | | | | |
| **Coffman Truck Sales, Inc.** **1149 West Lake Street** **P O Box 151** **Aurora, IL 60507** | - | | | | | | **669.32** |
| Account No. 081704; 091104 | | | 2004 IDOT peor - jobs | | | | |
| **Coldwell Banker Commercial** **Devonshire Realty** **7707 North Knoxville Ave** **Peoria, IL 61614** | - | | | | | | **18.17** |
| Account No. | | | 4/04 to 6/02/05 Services | | | | |
| **ComEd** **Bill Payment Center** **Chicago, Il 60668-0001** | - | | | | | | **703.20** |
| Account No. **Various invoices** | | | 2004 Services/supplies - notice purposes | | | | |
| **Conserv FS** **27310 W Case Road** **Wauconda, Il 60084** | - | | | | | | **0.00** |

Sheet no. __7__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,390.69**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                  ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Case No. 05 M1 140899**<br><br>**Conserv FS Inc.**<br>**c/o Teller,Levit & et al**<br>**11 E Adams St-8th Flr**<br>**Chicago, IL 60603** | - | | | | **2004/05**<br>**Complaint/collections** | | | | 3,392.03 |
| Account No. **C247:A001**<br><br>**Construction Resource Tech**<br>**1515 Indian River Blvd**<br>**Bldg A, Suite 222**<br>**Vero Beach, FL 32960** | - | | | | **2/04/05**<br>**Bidtool - Computr sftwr** | | | | 2,075.00 |
| Account No. **16687;16703**<br><br>**Cordray Brothers Pit**<br>**7600 Epworth Road**<br>**Garden Prairie, Il 61038** | - | | | | **2004**<br>**Raccn Crek - jobs** | | | | 4,188.72 |
| Account No. **0110153733-1;BCD0642304 01**<br><br>**Corkhill - West Bend Mutual**<br>**1900 South 18th Avenue**<br>**West Bend, Wi 53095** | - | | | | **2004;2005**<br>**Iri 60** | | | | Unknown |
| Account No.<br><br>**Corridor Supply Company**<br>**751 N. Bolingbrook Dr. #16**<br>**Bolingbrook, Il 60440** | - | | | | **Supplies** | | | | Unknown |

Sheet no. __8__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,655.75**

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CRF Solutions**<br>**2051 Royal Avenue**<br>**Simi Valley, CA 93065** | - | | | | | | 10,882.57 |
| Account No. **Various invoices** <br><br>**DeBuck's Sod Farm of Wisconsin, Inc**<br>**N6127 County Road P**<br>**Delavan, WI 53115** | - | | 2004<br>Supplies/services | | | | 40,949.00 |
| Account No. **Various invoices** <br><br>**Delta Dental Plan of Ill**<br>**Department 1030**<br>**P O Box 805275**<br>**Chicago, IL 60680-4114** | - | | 2005<br>Services | | | | 1,290.61 |
| Account No. **Various invoices** <br><br>**DFCC, Inc**<br>**1090 Rock Road Lane**<br>**Unit 5**<br>**East Dundee, IL 60118** | - | | 2004<br>Hoffman Tow - job | | | | 5,741.18 |
| Account No. **5779** <br><br>**Dick's Trucking Services**<br>**P O Box 5187**<br>**Peoria, Il 61601-5187** | - | | 6/29/04<br>Job - IDOT Peor | | | | 2,519.40 |

Sheet no. __9__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,382.76

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Landscape Resources, Inc.** _____,  Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices** <br><br> **Directv** <br> **P O Box 60036** <br> **Los Angeles, Ca 90060-0036** | | - | | | **2004** <br> **Services** | | | | 386.95 |
| Account No. **606** <br><br> **Ditomasso Excavating Ltd** <br> **880 W Everett Road** <br> **Lake Forest, Il 60045** | | - | | | **4/08/05** <br> **Services** | | | | 2,400.00 |
| Account No. **23429** <br><br> **DLM Trucking Inc** <br> **Dump Truck Service** <br> **542 Justa Road** <br> **Metamora, IL 61548** | | - | | | **9/27/04** <br> **IDOT Peor - job** | | | | 1,320.00 |
| Account No. **Various invoices** <br><br> **Dohn & Associates** <br> **4811 Emerson Avenue** <br> **Suite 103** <br> **Palatine, IL 60067-7416** | | - | | | **2004 & 2005** <br> **East Skok,Thr Crk Sn - jobs** | | | | 2,323.93 |
| Account No. **Various invoices** <br><br> **DuPage Topsoil, Inc.** <br> **P O Box 387** <br> **Wheaton, Il 60189** | | - | | | **2004** <br> **Wst Trl Mr;Hfm Tower - jobs** | | | | 2,492.00 |

Sheet no. __10__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,922.88

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                              ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **9163** <br><br> **E C Rizzi & Associate** <br> **31 W 310 Schoger Drive** <br> **Naperville, Il 60564** | | - | | | **2004** <br> **Services** | | | | 894.60 |
| Account No. **Various invoices** <br><br> **Edens Stone** <br> **Box 686378** <br> **Milwaukee, Wi 53268-6378** | | - | | | **2004** <br> **Various jobs - material** | | | | 8,810.75 |
| Account No. **Various invoices** <br><br> **Elmhurst Chicago Stone** <br> **P O Box 57** <br> **Elmhurst, Il 60126-0057** | | - | | | **2004** <br> **Various jobs - supplies/materials** | | | | 28,797.91 |
| Account No. **Various invoices** <br><br> **Engineering Enterprises, In** <br> **52 Wheeler Road** <br> **Sugar Grove, Il 60554-9595** | | - | | | **2003 & 2004** <br> **Various jobs/services** | | | | 24,449.00 |
| Account No. **20266;20333** <br><br> **Ero-Tex** <br> **W62 N248 Washington Ave** <br> **Suite 205** <br> **Cedarburg, WI 53012** | | - | | | **2003** <br> **Services/materials** | | | | 5,444.80 |

Sheet no. __**11**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,397.06

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                                  ,    Case No. _____
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**Fastenal Industrial & Construction Supplies<br>P O Box 978<br>Winona, MN 55987-0978** | - | | | | **2004 & 2005 Supplies** | | | | 2,679.15 |
| Account No.<br><br>**Federal Express Corp<br>P O Box 94515<br>Palatine, Il 60094-4515** | - | | | | **Services** | | | | Unknown |
| Account No. **Various invoices**<br><br>**Feece Oil Company<br>1700 Hubbard Drive<br>Batavia, Il 60510** | - | | | | **2004 & 2005 Serices/supplies** | | | | 14,673.76 |
| Account No. **Case No. 05 C 3561**<br><br>**First National Ins.Co.<br>c/o Hinshaw & Culbertson<br>222 North LaSalle<br>Chicago, IL 60601** | - | | | | **2004/05 Indemnity Complaint plus fees/costs** | | | | 517,862.00 |
| Account No. **Bond No. 05-1500-BB**<br><br>**First Sealord Surety, Inc.<br>33 Rock Hill Road<br>Bala Cynwyd, Pa 19004** | - | | | | **2005 Bond -** | | | | Unknown |

Sheet no. __**12**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **535,214.91**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Landscape Resources, Inc.**                                    , Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **448520** <br><br> **Forms Fulfillment Center** <br> **P O Box 681** <br> **Tarrytown, NY 10591** | - | | **7/30/04** <br> **Supplies** | | | | 178.50 |
| Account No. **00001557;00001643** <br><br> **Fountain Technologies, Ltd** <br> **300 East Industrial Lane** <br> **Wheeling, Il 60090** | - | | **2004 & 2005** <br> **Vetrns Mem - job** | | | | 2,245.00 |
| Account No. **Various invoices** <br><br> **Fox Metro** <br> **Water Reclamation District** <br> **P O Box 109** <br> **Montgomery, IL 60538** | - | | **2004 & 2005** <br> **Services** | | | | 57.00 |
| Account No. **Various invoices** <br><br> **Fox River Stone Company** <br> **1250 Larkin Avenue** <br> **Suite 10** <br> **Elgin, IL 60123** | - | | **2004** <br> **Various jobs - materials** | | | | 8,827.54 |
| Account No. **C54231** <br><br> **Fox Valley Ford** <br> **208 Hansen Blvd** <br> **North Aurora, Il 60542-8920** | - | | **11/21/03** <br> **Lri 58** | | | | 2,207.18 |

Sheet no. __**13**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,515.22

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                            ,     Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Fox Waterway Agency**<br>**c/o Zukowski, Rogers Flood**<br>**50 Virginia Street**<br>**Crystal Lake, IL 60014** | - | | | | | | | | **Unknown** |
| Account No. 130942; 132908<br><br>**Freund International**<br>**P O Box 67**<br>**11816 South Route 47**<br>**Huntley, IL 60142** | - | | | | 2004 & 2005<br>lri 50; lri 98 | | | | 185.34 |
| Account No. **Various invoices**<br><br>**G&K Services**<br>**8201 South Cork Ave**<br>**Justice, Il 60458** | - | | | | 2005<br>Services | | | | 603.84 |
| Account No. **1010356**<br><br>**G. Lengemann Company**<br>**P O Box 496**<br>**Niles, Mi 49120** | - | | | | 2004<br>Lri 954,lr955,lr 956 | | | | 2,060.81 |
| Account No. 273607;274013;275053<br><br>**Gatwood Crane Service**<br>**2345 E Hamilton Road**<br>**Arlington Hts., Il 60005** | - | | | | 2004<br>Vetrns Mem - job | | | | 1,990.00 |

Sheet no. __**14**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **4,839.99**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various accounts** | | | | | Lri03;05;53 - notice purposes | | | | |
| **GMAC** **P O Box 5180** **Carol Stream, Il. 60197-518** | | - | | | | | | | 0.00 |
| Account No. **145-010318-7;145-010319-5** | | | | | 2004 Supplies | | | | |
| **Grainger** **Dept 136 - 853105823** **Palatine, Il 60038-0001** | | - | | | | | | | 81.27 |
| Account No. **313510** | | | | | 2004 Hbs Crk Il- job | | | | |
| **Great Western Bag Co** **1416-18 North Broadway** **St. Louis, Mo. 63012** | | | | | | | | | 65.00 |
| Account No. **5438** | | | | | 2004 Prs Prk Pl - job | | | | |
| **GRO Horticultural Enterpris** **14440 Marengo Road** **Union, Il 60180** | | - | | | | | | | 1,750.00 |
| Account No. | | | | | Services | | | | |
| **H Wigboldy Sons Inc** **13631 S Kostner Ave** **Midlothian, Il 60445** | | - | | | | | | | Unknown |

Sheet no. __**15**__ of __**44**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)              | 1,896.27 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.**                                ,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 5038287-IN; 5038837-IN<br><br>**Halquist Stone**<br>**Box 88033**<br>**Milwaukee, Wi 53288-0033** | | - | | | **2004 & 2005**<br>**Vetrns Mem - job** | | | | 7,932.88 |
| Account No. 990950689  35<br><br>**Harris Bank Barrington NA**<br>**P O Box 6201**<br>**Carol Stream, Il. 60197-620** | | - | | | **06/13/05**<br>**service** | | | | 418.93 |
| Account No. 290404<br><br>**Hitchcock Design Group**<br>**221 W Jefferson Ave**<br>**Naperville, Il 60540** | | | | | **4/29/04**<br>**Glndl Hgts - job** | | | | 99.36 |
| Account No. 04451R<br><br>**Hohulin Brothers Fenc co.**<br>**116 Harrison Street**<br>**P O Box 107**<br>**Goodfield, IL 61742** | | | | | **7/30/04**<br>**IDOT Peor - job** | | | | 6,016.56 |
| Account No. **Various invoices**<br><br>**Holland & Knight LLP**<br>**131 South Dearborn St**<br>**30th Floor**<br>**Chicago, IL 60603** | | - | | | **2004 & 2005**<br>**Services/supplies** | | | | 26,656.26 |

Sheet no. __16__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,123.99

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.**                                                    , Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices** <br><br> **Home Depot CRC Payments** <br> **P O Box 4534, Dept 24** <br> **Carol Stream, Il 60197-4534** | - | | | | **2004** <br> **Shop supplies** | | | | 539.09 |
| Account No. **5869** <br><br> **Home Tech Management** <br> **1212 C Badger Street** <br> **Yorkville, Il 60560** | - | | | | **2005** <br> **Services** | | | | 186.00 |
| Account No. **Various invoices** <br><br> **Homer Industries LLC** <br> **14000 S Archer Ave** <br> **Lockport, Il 60441** | - | | | | **2005** <br> **East Skok - jobs** | | | | 1,110.00 |
| Account No. **204115** <br><br> **Howard L. White Assoc** <br> **P O Box 5197** <br> **Buffalo Grove, Il 60089** | - | | | | **2004** <br> **DuPg Monmn - job** | | | | 1,550.00 |
| Account No. <br><br> **Humana / Employers Health** <br> **Insurance** <br> **P O Box 0599** <br> **Carol Stream, IL 60132-0599** | - | | | | **Insurance** | | | | **Unknown** |

Sheet no. __**17**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,385.09**

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services - | | | | |
| **Hydro Dramatics Division MO Machinery & Engineering 1228 S 8th Street Saint Louis, MO 63104** | - | | | | | | | | **Unknown** |
| Account No. | | | | | Services | | | | |
| **Hyzer,Hyzer & Jacobs, Attys (Alpha to Omega Surveying) 855 North Madison St Rockford, IL 61107-3095** | - | | | | | | | | **880.00** |
| Account No. **04-Lan01; 05-Lan01** | | | | | **2004 & 2005** Services | | | | |
| **Illinois Landscape Contractors Association 2625 Butterfield Rd -#204W Oak Brook, IL 60523** | | | | | | | | | **1,750.00** |
| Account No. **163086** | | | | | **2005** Services | | | | |
| **Illinois Mining Corporation 41 Walter Court Lake In The Hills, Il 60156** | - | | | | | | | | **630.40** |
| Account No. **arious** | | | | | **2004 & 2005** Dues | | | | |
| **IUOE Local 150 Administration Dues P O Box 944727 Chicago, IL 60690-4427** | - | | | | | | | | **2,207.90** |

| Sheet no. __**18**__ of __**44**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **5,468.30** |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No.<br><br>**IUOE Local 649<br>Operating Engineers<br>6408 West Plank Rd<br>Peoria, IL 61604** | | - | | **Dues** | | | | **Unknown** |
| Account No.<br><br>**IUOE Local 841,103,318,649<br>Mid Central Operating Eng<br>P O Box 1445<br>Terre Haute, IN 47808-1445** | | - | | **Dues** | | | | **Unknown** |
| Account No.  **Various invoices**<br><br>**J F New & Associates<br>P O Box 243<br>708 Roosevelt Road<br>Walkerton, IN 46574** | | - | | **2003<br>Jobs 534.03** | | | | **8,730.60** |
| Account No.  **18381**<br><br>**J Mooncotch Crane<br>7061 S Willow Springs Road<br>Countryside, Il 60525** | | - | | **2004<br>Services** | | | | **920.00** |
| Account No.  **Case No. AR K 05 924**<br><br>**J R Simplot Company<br>c/o Richard S Cozza, Atty<br>227 West Monroe St<br>Chicago, IL 60606** | | - | | **2004<br>Services** | | | | **9,068.99** |

Sheet no. __**19**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,719.59**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jalic G.T.**<br>**P O Box 1508**<br>**Minneapolis, Mn 55480-1508** | - | | | **Services** | | | | **Unknown** |
| Account No. **Various invoices**<br><br>**JLM Trucking**<br>**1780 South 16000 West Rd**<br>**Reddick, Il 60961** | - | | | **2004**<br>**Services/Maint** | | | | **9,505.00** |
| Account No. **729878;729879**<br><br>**John Weberpal**<br>**16521 Swanson Road**<br>**Sycamore, Il. 60178** | - | | | **2002 & 2003**<br>**trailer rentals** | | | | **450.00** |
| Account No.<br><br>**Kane County Collector**<br>**David J. Rickert**<br>**719 S Batavia Ave-Bldg A**<br>**Geneva, IL 60134** | - | | | **2004 & 2005**<br>**County real estate taxes** | | | | **9,159.74** |
| Account No.<br><br>**Kane County Collector**<br>**David J. Rickert**<br>**719 S Batavia Ave-Bldg A**<br>**Geneva, IL 60134** | - | | | **2004 & 2005**<br>**Real estate taxes** | | | | **13,553.84** |

Sheet no. __**20**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,668.58**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                          ,    Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices** <br><br> **Karnes Landscape Supply** <br> **31 W 545 Diehl Road** <br> **Naperville, Il 60563** | - | | | | **2004** <br> **Services/Supplies** | | | | 60,335.00 |
| Account No. **Various invoices** <br><br> **Kelly Sauder Rupiper Equip** <br> **1501 Fifth Street** <br> **Lacon, Il. 61540** | - | | | | **2004** <br> **Services/supplies - IDOT peor job** | | | | 4,358.50 |
| Account No. **4462** <br><br> **Kesters Nursery** <br> **P O Box 516** <br> **Omro, Wi 54963** | - | | | | **2003** <br> **Supplies** | | | | 212.00 |
| Account No. **Various invoices** <br><br> **Kieft Brothers, Inc.** <br> **837 S Riverside Drive** <br> **Elmhurst, Il 60126** | - | | | | **2004** <br> **various jobs** | | | | 9,033.85 |
| Account No. **2719;2727** <br><br> **KR Services Co** <br> **Div of KRS Service Inc** <br> **P O Box 958** <br> **Bolingbrook, IL 60440** | - | | | | **2004** <br> **Brkrdg Drn;Rollins Sav- jobs** | | | | 2,335.00 |

Sheet no. __21__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,274.35

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Your file #05-750** <br><br> **KRW Services Inc. c/o Chaet Kaplan Baim Firm 30 N LaSalle St - #1520 Chicago, IL 60602** | - | | | | **2004 Services** | | | | **2,335.00** |
| Account No. **165** <br><br> **Lake Street Supply Co.Inc 410 East North Ave Sreamwood, Il. 60107** | - | | | | **2005 Supplies** | | | | **1,299.00** |
| Account No. **Various invoices** <br><br> **Landscape & Construction Solutions, LLC 2233 Palmer Dr., Suite B Schaumburg, IL 60173** | - | | | | **2004 Supplies/services** | | | | **32,276.19** |
| Account No. **36875;37149** <br><br> **Laser Source, Inc. 5410 Newport Drive Suite 44 Rolling Meadows, IL 60008** | - | | | | **2004 Rentals for jobs** | | | | **1,400.00** |
| Account No. **Case No. 2005 CH 000871** <br><br> **Lindahl Bros.,Inc. c/o James Crowley Jr. 840 S Oak Park Ave #210 Oak Park, IL 60304** | - | | | | **2004 & 2005 Supplies/services** | | | | **74,311.81** |

Sheet no. __22__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**111,622.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Various invoices**<br><br>Lindahl Brothers, Inc.<br>622 East Green Street<br>Bensenville, Il. 60106 | - | | | 2004/2005<br>Services/suppies - notice purposes | | | | 0.00 |
| Account No.<br><br>Local 707 - Production<br>Workers Union<br>P O Box 56319<br>Harwood Hts, IL 60656 | - | | | 2004<br>Dues | | | | 2,780.00 |
| Account No. **Various invoices**<br><br>M O E Construction Industry<br>Research & Service Trust<br>P O Box 74632<br>Chicago, IL 60675-4632 | - | | | 2004 & 2005<br>Services | | | | 225.67 |
| Account No. **Various invoices**<br><br>Manifest Funding Service<br>P O Box 790448<br>St Louis, Mo. 63179-0448 | - | | | 2004<br>Timberline Lease/Software lease | | | | 1,561.12 |
| Account No. 112066;112153<br><br>Marine Transport Inc<br>P O Box 3849<br>2421 Lorio Street<br>Union, NJ 07083 | - | | | 2004<br>Vetrns Mem - jobs | | | | 648.00 |

Sheet no. __23__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                5,214.79

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **490;491** <br><br> **Marshland Transplant Aquatic Nursery PO Box 1,116 E Huron St Berlin, WI 54923** | - | | | | **2003** services/supplies | | | | 6,764.22 |
| Account No. **Various invoices** <br><br> **Material Service Corp 222 North LaSalle Street Chicago, Il. 60601-1090** | - | | | | **2004** Various jobs | | | | 3,255.22 |
| Account No. **Various invoices** <br><br> **Mc Cann Industries, Inc Addison, Illinois** | - | | | | **2004** Lri 140,142, | | | | 6,039.15 |
| Account No. **Various invoices** <br><br> **McAllister Equipment co Box 88025 Milwaukee, Wi 53288-0025** | - | | | | **2004** Lri 111 | | | | 1,445.15 |
| Account No. <br><br> **McDowell Truck Parts Inc Route 71 at 34 Oswego, Il 60543** | - | | | | Services | | | | Unknown |

Sheet no. __24__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,503.74**

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**McGinnis Transport, Inc**<br>**137 Hollywood Circle**<br>**Creve Coeur, Il 61610** | - | | | **Services** | | | | **Unknown** |
| Account No. **47688;71479;7537**<br><br>**McGinty Brothers Inc**<br>**3744 RFD Cuba Road**<br>**Long Grove, Il 60047-7958** | - | | | **2003 & 2004**<br>**Supplies/materials** | | | | **30,299.64** |
| Account No. **40011451**<br><br>**Medical Publishing**<br>**1507 East 53rd St-Dept.601**<br>**Chicago, Il. 60615** | - | | | **2004**<br>**Adv./marketing** | | | | **495.00** |
| Account No.<br><br>**Mid Central H & W Fund**<br>**c/o Wright Shagley & Lowery**<br>**500 Ohio Street,**<br>**Terre Haute, IN 47808-8448** | - | | | | | | | **3,000.00** |
| Account No. **49352;49587**<br><br>**Midway Truck Parts**<br>**7400 West 87th Street**<br>**Bridgeview, Il 60455** | - | | | **2004**<br>**lri85;lri58** | | | | **108.63** |

Sheet no. __25__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **33,903.27**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**Midwest Construction Serv<br>P O Box 4185<br>4200 S Ricketts Ave<br>Bartonville, IL 61607** | - | | | | **2004<br>Supplies/services** | | | | **12,439.06** |
| Account No.<br><br>**Midwest Fence<br>900 North Kedzie Ave<br>Chicago, Il. 60651-4187** | - | | | | **Services** | | | | **Unknown** |
| Account No. **34997**<br><br>**Midwest Groundcovers<br>P O Box 748<br>St. Charles, Il. 60174** | - | | | | **2004<br>Supplies** | | | | **419.34** |
| Account No. **091103**<br><br>**Midwest Marketing Service<br>P O Box 166<br>Oak Lawn, Il 60454** | - | | | | **2003<br>Services** | | | | **2,293.00** |
| Account No.<br><br>**Midwest Operating Engineers<br>Pension Fund<br>6150 Joliet Road<br>La Grange, IL 60525-3994** | - | | | | **2004 & 2005<br>Pension fund** | | | | **7,262.07** |

Sheet no. __26__ of __44__ sheets attached to Schedule of          Subtotal          | **22,413.47** |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Midwest REM Enterprises P O Box 87166 Carol Stream, Il. 60188 | - | | | | | | | | **Unknown** |
| Account No. **Various invoices** | | | | | 2004 Services | | | | |
| Mobile Mini, Inc P O Box 79149 Phoenix, Az 85026-9149 | - | | | | | | | | **375.00** |
| Account No. | | | | | 2004 & 2005 Water bill (office) | | | | |
| Montgomery Water Dept P O Box 739 Montgomery, Il 60538 | - | | | | | | | | **62.46** |
| Account No. **Various invoices** | | | | | 2004 Rentals | | | | |
| National Construction Rentals 1894 Plain Avenue Aurora, IL 60505 | - | | | | | | | | **1,462.56** |
| Account No. **Various invoices** | | | | | 2004 Supplies | | | | |
| National Seed Company 5300 Katrine Ave-Ste.A Downers Grove, Il. 60515 | - | | | | | | | | **8,396.75** |

Sheet no. __27__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **10,296.77**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.**                                                  ,        Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Various invoices** <br><br> **Naturescape Design, Inc.** <br> **152 S Northwest Hwy** <br> **P O Box 457** <br> **Cary, IL 60013** | - | | | | **2004** <br> **Supplies** | | | | **25,471.48** |
| Account No. **Various invoices** <br><br> **NES Traffic Safety, LP** <br> **12225 Disk Drive** <br> **Romeoville, Il 60446** | - | | | | **2004** <br> **IDOT Peor - jobs** | | | | **2,450.00** |
| Account No. <br><br> **New Holland Credit** <br> **Company LLC** <br> **P O Box 0509** <br> **Carol Stream, IL 60132-0509** | - | | | | **Services** | | | | **Unknown** |
| Account No. **Various invoices** <br><br> **New Holland Plan** <br> **Dep CH 10460** <br> **Palatine, Il 60055-0460** | - | | | | **2003,2004** <br> **Iri 135,129,106,102,129,135,908,851,126,** | | | | **5,884.25** |
| Account No. <br><br> **Nextel** <br> **P O Box 17990** <br> **Denver, Co 80217-0990** | - | | | | **2005** <br> **Services** | | | | **1,232.53** |

Sheet no. __28__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **35,038.26**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nicor Energy, LLC**<br>**101 Warrenville Rd**<br>**Suite 550**<br>**Lisle, IL 60532-1583** | - | | services | | | | **Unknown** |
| Account No. **3028342460105;3028342461204**<br><br>**Nicor Gas**<br>**P O Box 310**<br>**Aurora, Il 60507-2020** | - | | 1/31/05 & 12/31/04<br>Services | | | | **3,135.09** |
| Account No. **Case 04-0328**<br><br>**Nicor Gas**<br>**P O Box 190**<br>**Aurora, Il. 60507-0190** | - | | 5/13/04<br>Job #5425 03-Brkrdg Drn | | | | **260.00** |
| Account No.<br><br>**Night Light Inc**<br>**Landscape Illumination**<br>**130 Eisenhower Ln, So**<br>**Lombard, IL 60148** | - | | Services | | | | **Unknown** |
| Account No.<br><br>**North Central Il Laborer**<br>**Health & Welfare Fund Offic**<br>**P O Box 9090**<br>**Peoria, IL 61612-9090** | - | | Union dues | | | | **Unknown** |

Sheet no. __29__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,395.09**

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Services | | | | |
| **Northern Illinois Brick** **39 W 180 Highland Ave** **Elgin, Il 60123** | | | | | | | | **Unknown** |
| Account No. | | - | | Services | | | | |
| **NuToys Leisure Products** **P O Box 2121** **LaGrange, Il 60525** | | | | | | | | **Unknown** |
| Account No. | | - | | Services | | | | |
| **Office Depot Credit Plan** **Dept. 56-4204856388** **P O Box 9027** **Des Moines, IA 50368-9027** | | | | | | | | **Unknown** |
| Account No. **18038** | | - | | 2004 Supplies | | | | |
| **Office Equipment Specialist** **1935 Brookdale-Ste 103** **Naperville, Il 60563** | | | | | | | | **765.19** |
| Account No. **Various invoices** | | - | | 2004 & 2005 services | | | | |
| **One Star Long Distance** **P O box 3085** **Evansville, In 47730-3085** | | | | | | | | **350.03** |

Sheet no. __30__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,115.22**

Form B6F - Cont.
(12/03)

In re **Landscape Resources, Inc.** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2526** <br><br> **Outside Plant Damage Recovery Group LLC 9206 W Alameda, #1123 Lakewood, CO 80126** | - | | | | **2004 Job-Lisle** | | | | 255.83 |
| Account No. **Various invoices** <br><br> **Ozinga Illinois RMC, Inc 18825 Old LaGrange Rd Mokena, Il 60448** | - | | | | **2004 Services/supplies** | | | | 2,488.91 |
| Account No. **24138** <br><br> **Palace Industries P O Box 826 Richboro, Pa 18954-9826** | - | | | | **2004 Supplies** | | | | 201.59 |
| Account No. **70294** <br><br> **Palatine Oil Company,Inc P O Box 985 Palatine, Il. 60078** | - | | | | **2004 Supplies** | | | | 47.66 |
| Account No. **Various invoices** <br><br> **Paris Landscape 1200 South Lake St Montgomery, Il 60538** | - | | | | **2004 Supplies** | | | | 566.00 |

Sheet no. __31__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,559.99

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **27667** <br><br> **Parker Systems, Inc.** <br> **2880 Yadkin Road** <br> **Chesapeake, Vi 23323** | | - | | | **2005** <br> **Supplies** | | | | 932.70 |
| Account No. **R11909** <br><br> **Payline West, Inc** <br> **420 Nolen Drive** <br> **South Elgin, Il. 60177** | | - | | | **2004** <br> **Services** | | | | 500.00 |
| Account No. **3I069;3I624** <br><br> **Peerless Fence** <br> **33W401 Roosevelt Road** <br> **West Chicago, Il 60185** | | - | | | **2005** <br> **Vetrns Mem  job** | | | | 6,539.00 |
| Account No. **216254** <br><br> **Peterson Manufacturing Co.** <br> **Box 8 - 700 W 143rd St** <br> **Plainfield, Il. 60544** | | - | | | **2004** <br> **Lri 98** | | | | 800.00 |
| Account No. **17114** <br><br> **Phil's Topsoil, Inc** <br> **12763 Elaine Drive** <br> **Plainfield, Il 60544** | | - | | | **2004** <br> **Supplies** | | | | 558.00 |

Sheet no. __**32**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **9,329.70**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**Prairie Seed Supply**<br>**P O Box 5175**<br>**Springfield, Il. 62705** | | - | | | **2004**<br>**IDOT Peor - job** | | | | **11,020.00** |
| Account No. **715293'715480**<br><br>**Priority Products, Inc**<br>**320 N 6th Street**<br>**St. Charles, Il. 60174-2713** | | - | | | **2004**<br>**Supplies** | | | | **626.19** |
| Account No. **Various invoices**<br><br>**Q & A Consulting**<br>**522 West Main St**<br>**St. Charles, Il. 60174** | | - | | | **2005**<br>**Services** | | | | **5,602.00** |
| Account No.<br><br>**Qwest**<br>**P O Box 29013**<br>**Phoenix, Az 85038-9013** | | - | | | **Services** | | | | **Unknown** |
| Account No. **Various invoices**<br><br>**R & R Janitorial**<br>**2198 Ogden Ave- #137**<br>**Aurora, Il. 60504** | | - | | | **2004 & 2005**<br>**Services** | | | | **900.00** |

Sheet no. __33__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,148.19**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re **Landscape Resources, Inc.** _____,    Case No. _____
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Services | | | | |
| R J Keck Pipe & Supply Co 300 North Lake St Montgomery, Il 60538 | | | | | | | | **Unknown** |
| Account No. **05057** | | - | | 2005 Services | | | | |
| R J Smith Sales Inc D B A Ironsmith 41-651 Corporate Way #2&3 Palm Desert, CA 92260 | | | | | | | | **2,136.00** |
| Account No. **Various invoices** | | - | | 2004 Lri 01 & 49 | | | | |
| Radiator Express 2 S 721 Route 59 Warrenville, Il. 60555 | | | | | | | | **459.00** |
| Account No. **Various invoices** | | - | | 2004 & 2005 Fund | | | | |
| Railroad Maintenance & Industrial Health & Welfare 2205 W Wabash Ave.-#211 Springfield, IL 62704 | | | | | | | | **6,386.65** |
| Account No. **Various invoices** | | - | | 2003 & 2004 Brookeridg - jobs | | | | |
| Rain for Rent, Chicago File 52541 Los Angeles, Ca 90074-2541 | | | | | | | | **6,939.50** |

Sheet no. __34__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **15,921.15**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.** _____,  Case No. _____

                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**Rainbow Farms Enterprises**<br>**25715 S Ridgeland Ave**<br>**Monee, Il 60449** | - | | | | 2004<br>Supplies | | | | 1,690.00 |
| Account No.<br><br>**Randall Pressure Systems**<br>**1100 Commerce Drive**<br>**Geneva, Il 60134** | - | | | | Services | | | | **Unknown** |
| Account No. **R24930**<br><br>**Rental Plus**<br>**124 North Schmale Rd**<br>**Carol Stream, Il 60188-2199** | - | | | | 2003<br>Services | | | | 390.00 |
| Account No. **Various invoices**<br><br>**RentalMax LLC**<br>**908 East Roosevelt Rd**<br>**Wheaton, Il 60187** | - | | | | 2003<br>Services | | | | 4,916.00 |
| Account No. **Various invoices**<br><br>**Rob Roy Equipment & Supply**<br>**555 South River Street**<br>**Batavia, Il 60510** | - | | | | 2004 & 2005<br>Supplies | | | | 1,201.45 |

Sheet no. __**35**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **8,197.45**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices** <br><br> **Ross Midwest, Inc** <br> **1 N 030 Gary Avenue** <br> **Carol Stream, Il 60188** | | - | | | **2004** <br> **Vetrns Mem - job** | | | | **30,139.37** |
| Account No. <br><br> **Royal Office Products** <br> **P O Box 88486** <br> **Chicago, Il. 60680-1486** | | - | | | **Supplies** | | | | **Unknown** |
| Account No. <br><br> **SBC** <br> **Bill Payment Center** <br> **Chicago, Il 60663-0001** | | - | | | **4/28 to 5/28/05** <br> **Services** | | | | **894.77** |
| Account No. **2578** <br><br> **Schock's Towing Service** <br> **423 East Main St** <br> **East Dundee, Il 60118** | | - | | | **2004** <br> **services** | | | | **209.00** |
| Account No. **Various invoices** <br><br> **Scotty's Inc** <br> **3341 South State Street** <br> **Lockport, Il 60441** | | - | | | **2004** <br> **various jobs** | | | | **2,035.00** |

Sheet no. __**36**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,278.14**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Landscape Resources, Inc.** _____ ,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Supplies | | | | |
| Shane's Office Supply Co. 2717 Curtiss St Downers Grove, Il 60515 | | | | | | | | **Unknown** |
| Account No. **564230** | | - | | 2004 Supplies | | | | |
| Shemin Nurseries 4 N 755 Lombard Rd P O Box 857 Addison, IL 60101-1198 | | | | | | | | **524.00** |
| Account No. **Various invoices** | | - | | 2004 Supplies | | | | |
| Sierra Forest Products, Chi 1700 Downs Drive West Chicago, Il 60185 | | | | | | | | **8,400.62** |
| Account No. **64700** | | - | | 2004 Supplies | | | | |
| Sikich Gardner & Co LLP 998 Corporate Blvd Aurora, Il. 60504 | | | | | | | | **150.00** |
| Account No. **Various invoices** | | - | | 2004 Supplies | | | | |
| Source One Office Products 380 Production Drive South Elgin, Il. 60177 | | | | | | | | **1,396.96** |

Sheet no. __**37**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,471.58**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Landscape Resources, Inc.**                                              ,      Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **000 1122 001** <br><br> **Speedway** | | - | | | **Credit card charges** | | | | 7,816.69 |
| Account No. <br><br> **Speedway Superamerica LLC** <br> **P O Box 740587** <br> **Cincinnati, Oh 45274-0587** | | - | | | **2005** <br> **Supplies/services** | | | | 7,816.69 |
| Account No. <br><br> **State Disbursement Unit** <br> **P O Box 5400** <br> **Carol Stream, Il. 60197-540** | | - | | | **Brian Spies** | | | | 410.00 |
| Account No. <br><br> **State Disbursement Unit** <br> **P O Box 8000** <br> **Wheaton, Il. 60189-8000** | | - | | | **Services** | | | | **Unknown** |
| Account No. <br><br> **Steven L. Slaw P.C.** | | - | | | **2003 & 2004** <br> **Service fees** | | | | 17,271.00 |

Sheet no. __**38**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **33,314.38**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                          ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices** <br><br> **Sunbelt Rentals** <br> **P O Box 409211** <br> **Atlanta, Ga 30384-9211** | | - | | | **2004** <br> **Rentals for jobs** | | | | **4,050.10** |
| Account No. <br><br> **T & W Edimer Corp** <br> **249 West Lake Street** <br> **Elmhurst, Il 60126** | | - | | | **services** | | | | **Unknown** |
| Account No. **Various invoices** <br><br> **The Cit Group/EF** <br> **File # 55603** <br> **Los Angeles, Ca 90074-5603** | | - | | | **2005** <br> **Lri 142** | | | | **4,222.72** |
| Account No. **Various invoices** <br><br> **The Cit Group/EF** <br> **File #55603** <br> **Los Angeles, Ca 90074-5603** | | - | | | **2005** <br> **Lri 140** | | | | **4,527.41** |
| Account No. **6035 3220 0589 6679** <br><br> **The Home Depot** <br> **P O Box 9122** <br> **Des Moines, Ia 50368-9122** | | - | | | **Credit card charges** | | | | **890.39** |

Sheet no. __**39**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,690.62**

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                              ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **501059** | | | | | **2005** **Services/supplies** | | | | |
| **Tide Flex Company** | | - | | | | | | | |
| | | | | | | | | | 953.92 |
| Account No. | | | | | Services | | | | |
| **Timber Works** **731 Pleasant St** **Woodstock, Il. 60098** | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Services | | | | |
| **Timberline Software Corp** **P O Box 728** **Beaverton, Or 97075-0728** | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. **Various invoices** | | | | | **2004** **Lri 98, 127, 102** | | | | |
| **Tire Management** **481 N E Industrial Drive** **Aurora, Il 60504** | | - | | | | | | | |
| | | | | | | | | | 1,607.04 |
| Account No. | | | | | Services | | | | |
| **Tonyan Bros Trucking** **P O Box 70** **5101 Route 31** **Ringwood, IL 60072-0070** | | - | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __**40**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,560.96

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**TruGreen Chemlawn<br>1349 Division St<br>Plainfield, Il 60544** | - | | | | **2004<br>Services** | | | | **270.00** |
| Account No.<br><br>**Trustees of cement Mason Pe<br>c/o Donald Schwarz<br>19 west Jackson, Suite 300<br>Chicago, IL 60604** | - | | | | | | | | **Unknown** |
| Account No. **Various invoices**<br><br>**Uni Care** | | | | | **2005<br>Services** | | | | **4,035.16** |
| Account No. **328203**<br><br>**Unilock Chicago, Inc<br>301 E Sullivan Road<br>Aurora, Il. 60504** | - | | | | **2004<br>Services** | | | | **1,616.86** |
| Account No. **Case No. 05 AR 433**<br><br>**United Construction Product<br>c/o Nigro & Westfall PC<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139** | - | | | | **Services/supplies - notice purposes only** | | | | **0.00** |

Sheet no. __41__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,922.02**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Various invoices**<br><br>**United Construction Product**<br>**1700 Quincy Avenue**<br>**Naperville, Il 60540** | - | | | | **2004**<br>**Various jobs** | | | | 8,883.40 |
| Account No. **Various invoices**<br><br>**United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, Il. 60132-057** | - | | | | **2005**<br>**Services** | | | | 143.22 |
| Account No. **Various invoices**<br><br>**United Rentals Inc**<br>**135 South LaSalle St**<br>**Department 4179**<br>**Chicago, IL 60674-4179** | - | | | | **2003 & 2004**<br>**Rentals** | | | | 7,844.38 |
| Account No. **Various invoices**<br><br>**Utility Dynamics Corp**<br>**23 Commerce Drive**<br>**Oswego, Il 60543** | - | | | | **2004 & 2005**<br>**Supplies/services** | | | | 77,531.44 |
| Account No. **Various invoices**<br><br>**Vesco Reprographic**<br>**1351 Aucutt Road**<br>**Montgomery, Il 60538** | - | | | | **2005**<br>**Services** | | | | 116.50 |

Sheet no. __42__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

94,518.94

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4246 3120 0008 5345**<br><br>**Visa** | | - | | **Credit card charges** | | | | 8,130.52 |
| Account No.<br><br>**Wagner Farms Nursery**<br>**9937 South Route 59**<br>**Naperville, Il. 60564** | | - | | **Supplies** | | | | **Unknown** |
| Account No. **Various invoices**<br><br>**Waste Management Ill.-West**<br>**P O Box 9001054**<br>**Louisville, Ky 40290-1054** | | - | | **2004**<br>**Services** | | | | 4,356.46 |
| Account No.<br><br>**Water Products Compan**<br>**P O Box 50**<br>**Aurora, Il. 60507** | | - | | **Services** | | | | **Unknown** |
| Account No. **Various invoices**<br><br>**Wholesale Direct Inc**<br>**2759 Washington Blvd**<br>**Bellwood, Il 60104** | | - | | **2004**<br>**Supplies** | | | | 118.66 |

Sheet no. __**43**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **12,605.64**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Landscape Resources, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Wilson Nurseries Inc** <br>**43W967 State Route 72** <br>**Hampshire, Il 60140-8271** | | - | **Supplies** | | | | <br><br>**Unknown** |
| Account No. **9657** <br><br>**Wolosek** <br>**3531 Plover Road** <br>**Wisconsin Rapids, Wi 54494** | | - | **2005** <br>**Supplies** | | | | <br><br>**715.17** |
| Account No. **Various invoices** <br><br>**Worldwide Express-Chicago W** <br>**P O Box 5020** <br>**Woodridge, Il 60517** | | - | **2004 & 2005** <br>**Delivery services** | | | | <br><br>**429.19** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __44__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,144.36**

Total
(Report on Summary of Schedules)    **1,475,265.25**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Landscape Resources, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fifth Third Auto Leasing Trust Indiana (Northern)** P O Box 630041 Cincinnati, OH 45263-0041 | **Lease on 2001 Chevrolet Corvette** |

_**0**_   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Landscape Resources, Inc.**                                                                                    ,    Case No. _____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary Deaton**<br>**180 Peachtree Lane**<br>**West Chicago, IL 60185** | **West Suburban Bank**<br>**711 South Meyers Road**<br>**Lombard, IL 60148** |

___0___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Landscape Resources, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __63__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 8, 2005**

Signature  **/s/ Gary Deaton**

**Gary Deaton**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Landscape Resources, Inc.**                                      Case No.  _____

                                              Debtor(s)          Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

———————————————————

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$4,625,838.00** | **Gross - 2004** |
| **$4,975,976.00** | **Gross - 2003** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

2

### 3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **various payments to varoius creditors** | **3/31/05 to 6/30/05** | **$0.00** | **$0.00** |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **many lawsuits judgments, etc.** | | | |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Caterpillar Financial**<br>**PO Box 730669**<br>**Dallas, Tx 75373** | **April 8, 2005** | **305CR Excavator - $25,448.80** |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Caterpillar Financial** **PO Box 730669** **Dallas, Tx. 75373** | **4/22/05** | **305CR Execavator - $26,528.73** |
| **Caterpillar Financial** **PO Box 730669** **Dallas, Tx 7373** | **5/11/05** | **315BL Excavator - $50,000.00** |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stephen J. Costello, Attorney** **19 North Western Ave. (Rt. 31)** **Carpentersville, IL 60110** | **7/05/05** | **Paid $209.00 court costs plus attorney fees $5000.00 to file Chapter 7 bankruptcy.** |

**10. Other transfers**

None
■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jim McCabe**<br>**Matteson, Illinois** | **2003 to 2005** |
| **Diane Ketterer**<br>**Homer Glen, Illinois** | **1996 to 2005** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Sikich Gardner & Co.LLP** | **998 Corporate Blvd.**<br>**Aurora, Il. 60504** | **1998 to 2004** |
| **Eilts & Associates** | **3711 North Ravenswood**<br>**Chicago, Il. 60616** | **2004 to 2005** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Gary Deaton** | **180 Peachtree Lane**<br>**West Chicago, IL 60185** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **West Suburban Bank**<br>**701-711 South Meyers Road**<br>**Lombard, Il. 60148** | **2004** |
| **Illinois Dept. of Transportation**<br>**201 Center Court**<br>**Schaumburg, Il. 60196** | **2004** |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **12/31/04** | **Shane Deaton** | **$261,281.00** |
| **06/11/05** | **Shane Deaton** | **$ 23,905.00** |

None
☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/04** | **Gary Deaton**<br>**180 Peachtree Lane**<br>**West Chicago, Il. 60185** |
| **06/11/05** | **Gary Deaton**<br>**180 Peachtree Lane**<br>**West Chicago, Il. 60185** |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gary Deaton**<br>**180 Peachtree Lane**<br>**West Chicago, Il. 60185** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Brian Baumgartner**<br>**41 W 687 Barberry**<br>**St. Charles, Il. 60175** | **Vice Pres, Treasurer** | **09/04** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                               TAXPAYER IDENTIFICATION NUMBER


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **July 8, 2005**                  Signature   **/s/ Gary Deaton**
                                                      **Gary Deaton**
                                                      **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Landscape Resources, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept........................................................... | $        **5,000.00** |
| Prior to the filing of this statement I have received............................................. | $        **5,000.00** |
| Balance Due........................................................................................................... | $        **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **None**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Exemption planning;**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding: negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 8, 2005**

**/s/ Stephen J. Costello**
**Stephen J. Costello 6187315**
**Costello & Costello**
**19 N. Western Ave. (RT 31)**
**Carpentersville, IL 60110**
**847-428-4544  Fax: 847-428-4694**
**steve@costellolaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Landscape Resources, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 8, 2005**

**/s/ Gary Deaton**

**Gary Deaton**/**President**
Signer/Title

Landscape Resources, Inc.
1135 South Lake Street
Montgomery, IL 60538

1st AYD Corporation
1325 Gateway Drive
Elgin, Il. 60123

A&A Equipment & Supply
1110 N Ellis Ave
Bensenville, Il 60106

Advanced Material Services
435 Pennsylvania Ave
Suite 604
Glen Ellyn, IL 60137

Agri Drain
P O Box 458
Adair, Ia 50002

Airgas
P O Box 802588
Chicago, Il. 60680-2588

Alpha to Omega Surveying
2216 16th Avenue
Rockford, Il 61104

Altorfer, Inc
P O Box 1347
Cedar Rapids, Ia 52406-1347

American Rental Centers
5040 N Big Hollow Road
Peoria, Il. 61615

Analysts, Inc
P O Box 2955
Torrance, Ca 90509-2955

Angel Espinal, Jr.
929 Kane Street
Aurora, Il 60505

AOS Associates
728 Bartlett
Plainfield, Il. 60544

Applied Ecological Services
P O Box 256
17921 Smith Road
Brodhead, WI 53520

AT&T
P O Box 8212
Aurora, Il. 60572-8212

Aurora Area Spring

Aurora Automotive Supply
220 West Galena Blvd
Aurora, Il. 60506

Aurora Concrete Products Co
145 South River Drive
North Aurora, Il 60542

BBA, LLC
One Pierce Place, 260C
Itasca, Il 60143

Beverly Materials, LLC
1100 Brandt Drive
Elgin, Il. 60120

BFI of Aurora
1565 Aurora Avenue Lane
Aurora, Il 60504

BFI of Melrose Park
5050 West Lake Street
Melrose park, Il. 60160

Boc Gases (Airgas)
P O Box 371914
Pittsburgh, Pa 15251-7914

Brian Spies
2001 Bittersweet
Plano, Il 60545

Bryon Nursery
P O Box 125
St. Charles, Il. 60174

Buechel Stone Corporation
West 3639 Hwy H
Clinton, Wi 53014-9643

Buikema's Ace Hardware
963 West 75th Street
Naperville, Il. 60565

Burke, LLC
9575 West Higgins Rd
Suite 600
Rosemont, IL 60018-4920

Buttrey Rental Service
216 West Ogden Avenue
Westmont, Il. 60559

Carol Stream Lawn & Power
1370 Army Trail Road
Carol Stream, Il. 60188

Carroll Distributing and
Construction Supply, Inc
205 South Iowa Avenu
Ottumwa, IA 52501

Cary Concrete Products, Inc
211 Dean Street, Suite 1D
Woodstock, Il. 60098

Case Credit Corporation
P O Box 2032
Racine, Wi 53401-2032

Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, IL 62705

CECCO Trading, Inc
2400 West Cornell Street
Milwaukee, Wi 53209

Central Laborers' Pension,
Welfare and Annuity Funds
P O Box 1267
Jacksonville, IL 62651

Chem-Wise Ecological
2 1/2 West Wilson Street
Suite A-1
Batavia, IL 60510

Chicago Flameproof
1180 Reliable Parkway
Chicago, Il 60686

ChicagoTribune
P O Box 6315
Chicago, Il 60680-6315

Citi Cards
P O Box 6412
The Lakes, Nv 88901-6412

Coffman Truck Sales, Inc.
1149 West Lake Street
P O Box 151
Aurora, IL 60507

Coldwell Banker Commercial
Devonshire Realty
7707 North Knoxville Ave
Peoria, IL 61614

ComEd
Bill Payment Center
Chicago, Il 60668-0001

Conserv FS
27310 W Case Road
Wauconda, Il 60084

Conserv FS Inc.
c/o Teller,Levit & et al
11 E Adams St-8th Flr
Chicago, IL 60603

Construction Resource Tech
1515 Indian River Blvd
Bldg A, Suite 222
Vero Beach, FL 32960

Cordray Brothers Pit
7600 Epworth Road
Garden Prairie, Il 61038

Corkhill - West Bend Mutual
1900 South 18th Avenue
West Bend, Wi 53095

Corridor Supply Company
751 N. Bolingbrook Dr. #16
Bolingbrook, Il 60440

CRF Solutions
2051 Royal Avenue
Simi Valley, CA 93065

DeBuck's Sod Farm of
Wisconsin, Inc
N6127 County Road P
Delavan, WI 53115

Delta Dental Plan of Ill
Department 1030
P O Box 805275
Chicago, IL 60680-4114

DFCC, Inc
1090 Rock Road Lane
Unit 5
East Dundee, IL 60118

Diane Ketterer
14428 S Heatherwood Dr
Homer Glen, Il 60491

Dick's Trucking Services
P O Box 5187
Peoria, Il 61601-5187

Directv
P O Box 60036
Los Angeles, Ca 90060-0036

Ditomasso Excavating Ltd
880 W Everett Road
Lake Forest, Il 60045

DLM Trucking Inc
Dump Truck Service
542 Justa Road
Metamora, IL 61548

Dohn & Associates
4811 Emerson Avenue
Suite 103
Palatine, IL 60067-7416

DuPage Topsoil, Inc.
P O Box 387
Wheaton, Il 60189

E C Rizzi & Associate
31 W 310 Schoger Drive
Naperville, Il 60564

Edens Stone
Box 686378
Milwaukee, Wi 53268-6378

Edgar Garcia
632 Pennsylvania
Aurora, Il 60505

Eli Cruz
6202 Smokey Ridge Dr
Plaintfield, Il 6054

Elmhurst Chicago Stone
P O Box 57
Elmhurst, Il 60126-0057

Engineering Enterprises, In
52 Wheeler Road
Sugar Grove, Il 60554-9595

Ero-Tex
W62 N248 Washington Ave
Suite 205
Cedarburg, WI 53012

Fastenal Industrial &
Construction Supplies
P O Box 978
Winona, MN 55987-0978

Federal Express Corp
P O Box 94515
Palatine, Il 60094-4515

Feece Oil Company
1700 Hubbard Drive
Batavia, Il 60510

Fifth Third Auto Leasing
Trust Indiana (Northern)
P O Box 630041
Cincinnati, OH 45263-0041

First National Ins.Co.
c/o Hinshaw & Culbertson
222 North LaSalle
Chicago, IL 60601

First Sealord Surety, Inc.
33 Rock Hill Road
Bala Cynwyd, Pa 19004

Ford Credit
Post Office Box 219825
Kansas City, Mo. 64121-9825

Forms Fulfillment Center
P O Box 681
Tarrytown, NY 10591

Fountain Technologies, Ltd
300 East Industrial Lane
Wheeling, Il 60090

Fox Metro
Water Reclamation District
P O Box 109
Montgomery, IL 60538

Fox River Stone Company
1250 Larkin Avenue
Suite 10
Elgin, IL 60123

Fox Valley Ford
208 Hansen Blvd
North Aurora, Il 60542-8920

Fox Waterway Agency
c/o Zukowski, Rogers Flood
50 Virginia Street
Crystal Lake, IL 60014

Freund International
P O Box 67
11816 South Route 47
Huntley, IL 60142

Froylan Batista
227 Harrison
Carpentersville, Il 60110

Fuchs & Roselli
311 South County Farm Rd
Suite A
Wheaton, IL 60187

G&K Services
8201 South Cork Ave
Justice, Il 60458

G. Lengemann Company
P O Box 496
Niles, Mi 49120

Gary Deaton
180 Peachtree Lane
West Chicago, Il 60185

Gatwood Crane Service
2345 E Hamilton Road
Arlington Hts., Il 60005

Giagnorio & Robertelli
130 South Bloomingdale Rd
P.O. Box 726
Bloomingdale, IL 60108-0726

GMAC
Post Office Box 9001951
Louisville, Ky.40290-1951

GMAC
P O Box 9001951
Louisville, Ky 40290-1951

GMAC
P O Box 9001951
Louisville, Ky. 40290-1951

GMAC
P O Box 5180
Carol Stream, Il. 60197-518

Grainger
Dept 136 - 853105823
Palatine, Il 60038-0001

Great Western Bag Co
1416-18 North Broadway
St. Louis, Mo. 63012

GRO Horticultural Enterpris
14440 Marengo Road
Union, Il 60180

H Wigboldy Sons Inc
13631 S Kostner Ave
Midlothian, Il 60445

Halquist Stone
Box 88033
Milwaukee, Wi 53288-0033

Harris Bank Barrington NA
P O Box 6201
Carol Stream, Il 60197-6201

Harris Bank Barrington NA
P O Box 6201
Carol Stream, Il. 60197-620

Hector Espinal
237 North Ohio Street
Aurora, Il 60505

Hitchcock Design Group
221 W Jefferson Ave
Naperville, Il 60540

Hohulin Brothers Fenc co.
116 Harrison Street
P O Box 107
Goodfield, IL 61742

Holland & Knight LLP
131 South Dearborn St
30th Floor
Chicago, IL 60603

Home Depot CRC Payments
P O Box 4534, Dept 24
Carol Stream, Il 60197-4534

Home Tech Management
1212 C Badger Street
Yorkville, Il 60560

Homer Industries LLC
14000 S Archer Ave
Lockport, Il 60441

Howard L. White Assoc
P O Box 5197
Buffalo Grove, Il 60089

Humana / Employers Health
Insurance
P O Box 0599
Carol Stream, IL 60132-0599

Hydro Dramatics Division
MO Machinery & Engineering
1228 S 8th Street
Saint Louis, MO 63104

Hyzer,Hyzer & Jacobs, Attys
(Alpha to Omega Surveying)
855 North Madison St
Rockford, IL 61107-3095

Il Dept of Revenue
P O Box 19025
Springfield, Il 62794

Il Dept. of Employment Sec
P O Box 802551
Chicago, Il 60680-2551

Illinois Landscape
Contractors Association
2625 Butterfield Rd -#204W
Oak Brook, IL 60523

Illinois Mining Corporation
41 Walter Court
Lake In The Hills, Il 60156

Internal Revenue Service
Department of the Treasury
Cincinnati, Oh 45999-0030

Ismael Garcia
632 Pennsylvania Ave
Aurora, Il 60506

IUOE Local 150
Administration Dues
P O Box 944727
Chicago, IL 60690-4427

IUOE Local 649
Operating Engineers
6408 West Plank Rd
Peoria, IL 61604

IUOE Local 841,103,318,649
Mid Central Operating Eng
P O Box 1445
Terre Haute, IN 47808-1445

J F New & Associates
P O Box 243
708 Roosevelt Road
Walkerton, IN 46574

J Mooncotch Crane
7061 S Willow Springs Road
Countryside, Il 60525

J R Simplot Company
c/o Richard S Cozza, Atty
227 West Monroe St
Chicago, IL 60606

Jalic G.T.
P O Box 1508
Minneapolis, Mn 55480-1508

James Mc Cabe
3736 W 217th Street
Matteson, Il 60443

JLM Trucking
1780 South 16000 West Rd
Reddick, Il 60961

Joel Serrano
4724 Clover
Cortland, Il 60112

John Weberpal
16521 Swanson Road
Sycamore, Il. 60178

Jorge Serrano
805 Tyler Drive
Carpentersville, Il 60110

Jose Lopez
2116 Morningside Lane
Carpentersville, Il 60110

Juan Serrano
109 Granada Road
Carpentersville, Il 60110

Kane County Collector
David J. Rickert
719 S Batavia Ave-Bldg A
Geneva, IL 60134

Karnes Landscape Supply
31 W 545 Diehl Road
Naperville, Il 60563

Kelly Sauder Rupiper Equip
1501 Fifth Street
Lacon, Il. 61540

Kesters Nursery
P O Box 516
Omro, Wi 54963

Kieft Brothers, Inc.
837 S Riverside Drive
Elmhurst, Il 60126

KR Services Co
Div of KRS Service Inc
P O Box 958
Bolingbrook, IL 60440

KRW Services Inc.
c/o Chaet Kaplan Baim Firm
30 N LaSalle St - #1520
Chicago, IL 60602

Lake Street Supply Co.Inc
410 East North Ave
Sreamwood, Il. 60107

Landscape & Construction
Solutions, LLC
2233 Palmer Dr., Suite B
Schaumburg, IL 60173

Laser Source, Inc.
5410 Newport Drive
Suite 44
Rolling Meadows, IL 60008

Lindahl Bros.,Inc.
c/o James Crowley Jr.
840 S Oak Park Ave #210
Oak Park, IL 60304

Lindahl Brothers, Inc.
622 East Green Street
Bensenville, Il. 60106

Local 707 - Production
Workers Union
P O Box 56319
Harwood Hts, IL 60656

M O E Construction Industry
Research & Service Trust
P O Box 74632
Chicago, IL 60675-4632

Manifest Funding Service
P O Box 790448
St Louis, Mo. 63179-0448

Marine Transport Inc
P O Box 3849
2421 Lorio Street
Union, NJ 07083

Marshland Transplant
Aquatic Nursery
PO Box 1,116 E Huron St
Berlin, WI 54923

Martin Serrano
841 Post Lane
Streamwood, Il 60107

Material Service Corp
222 North LaSalle Street
Chicago, Il. 60601-1090

Mc Cann Industries, Inc

Addison, Illinois

McAllister Equipment co
Box 88025
Milwaukee, Wi 53288-0025

McDowell Truck Parts Inc
Route 71 at 34
Oswego, Il 60543

McGinnis Transport, Inc
137 Hollywood Circle
Creve Coeur, Il 61610

McGinty Brothers Inc
3744 RFD Cuba Road
Long Grove, Il 60047-7958

Medical Publishing
1507 East 53rd St-Dept.601
Chicago, Il. 60615

Michele Deaton
180 Peachtree Lane
West Chicago, Il 60185

Mid Central H & W Fund
c/o Wright Shagley & Lowery
500 Ohio Street,
Terre Haute, IN 47808-8448

Midway Truck Parts
7400 West 87th Street
Bridgeview, Il 60455

Midwest Construction Serv
P O Box 4185
4200 S Ricketts Ave
Bartonville, IL 61607

Midwest Fence
900 North Kedzie Ave
Chicago, Il. 60651-4187

Midwest Groundcovers
P O Box 748
St. Charles, Il. 60174

Midwest Marketing Service
P O Box 166
Oak Lawn, Il 60454

Midwest Operating Engineers
Pension Fund
6150 Joliet Road
La Grange, IL 60525-3994

Midwest REM Enterprises
P O Box 87166
Carol Stream, Il. 60188

Mobile Mini, Inc
P O Box 79149
Phoenix, Az 85026-9149

Montgomery Water Dept
P O Box 739
Montgomery, Il 60538

National Construction
Rentals
1894 Plain Avenue
Aurora, IL 60505

National Seed Company
5300 Katrine Ave-Ste.A
Downers Grove, Il. 60515

Naturescape Design, Inc.
152 S Northwest Hwy
P O Box 457
Cary, IL 60013

Navistar Financial Corp
P O Box 96070
Chicago, Il 60693-6070

NES Traffic Safety, LP
12225 Disk Drive
Romeoville, Il 60446

New Holland Credit
Company LLC
P O Box 0509
Carol Stream, IL 60132-0509

New Holland Plan
Dep CH 10460
Palatine, Il 60055-0460

Nextel
P O Box 17990
Denver, Co 80217-0990

Nicor Energy, LLC
101 Warrenville Rd
Suite 550
Lisle, IL 60532-1583

Nicor Gas
P O Box 310
Aurora, Il 60507-2020

Nicor Gas
P O Box 190
Aurora, Il. 60507-0190

Night Light Inc
Landscape Illumination
130 Eisenhower Ln, So
Lombard, IL 60148

Nigro & Westfall, P.C.
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

North Central Il Laborer
Health & Welfare Fund Offic
P O Box 9090
Peoria, IL 61612-9090

Northern Illinois Brick
39 W 180 Highland Ave
Elgin, Il 60123

NuToys Leisure Products
P O Box 2121
LaGrange, Il 60525

Office Depot Credit Plan
Dept. 56-4204856388
P O Box 9027
Des Moines, IA 50368-9027

Office Equipment Specialist
1935 Brookdale-Ste 103
Naperville, Il 60563


One Star Long Distance
P O box 3085
Evansville, In 47730-3085

Outside Plant Damage
Recovery Group LLC
9206 W Alameda, #1123
Lakewood, CO 80126

Ozinga Illinois RMC, Inc
18825 Old LaGrange Rd
Mokena, Il 60448


Palace Industries
P O Box 826
Richboro, Pa 18954-9826

Palatine Oil Company,Inc
P O Box 985
Palatine, Il. 60078

Paris Landscape
1200 South Lake St
Montgomery, Il 60538


Parker Systems, Inc.
2880 Yadkin Road
Chesapeake, Vi 23323

Payline West, Inc
420 Nolen Drive
South Elgin, Il. 60177

Peerless Fence
33W401 Roosevelt Road
West Chicago, Il 60185


Peterson Manufacturing Co.
Box 8 - 700 W 143rd St
Plainfield, Il. 60544

Phil's Topsoil, Inc
12763 Elaine Drive
Plainfield, Il 60544

Prairie Seed Supply
P O Box 5175
Springfield, Il. 62705


Priority Products, Inc
320 N 6th Street
St. Charles, Il. 60174-2713

Q & A Consulting
522 West Main St
St. Charles, Il. 60174

Qwest
P O Box 29013
Phoenix, Az 85038-9013


R & R Janitorial
2198 Ogden Ave- #137
Aurora, Il. 60504

R J Keck Pipe & Supply Co
300 North Lake St
Montgomery, Il 60538

R J Smith Sales Inc
D B A Ironsmith
41-651 Corporate Way #2&3
Palm Desert, CA 92260


Radiator Express
2 S 721 Route 59
Warrenville, Il. 60555

Railroad Maintenance &
Industrial Health & Welfare
2205 W Wabash Ave.-#211
Springfield, IL 62704

Rain for Rent, Chicago
File 52541
Los Angeles, Ca 90074-2541


Rainbow Farms Enterprises
25715 S Ridgeland Ave
Monee, Il 60449

Randall Brockway
154 Northgate Road
Riverside, Il 60546

Randall Pressure Systems
1100 Commerce Drive
Geneva, Il 60134


Rental Plus
124 North Schmale Rd
Carol Stream, Il 60188-2199

RentalMax LLC
908 East Roosevelt Rd
Wheaton, Il 60187

Rick Kohler
1544 Stoneridge Court
Yorkville, Il 60560

Rob Roy Equipment & Supply
555 South River Street
Batavia, Il 60510

Rodolfo Delgado
17 Ash Street
Carpentersville, Il 60110

Ross Midwest, Inc
1 N 030 Gary Avenue
Carol Stream, Il 60188

Royal Office Products
P O Box 88486
Chicago, Il. 60680-1486

SBC
Bill Payment Center
Chicago, Il 60663-0001

Schock's Towing Service
423 East Main St
East Dundee, Il 60118

Scotty's Inc
3341 South State Street
Lockport, Il 60441

Shane Deaton
327 W 325 Providence
Winfield, Il 60190

Shane Reinink
1803 Meadowbrook Ct
Sycamore, Il 60178

Shane's Office Supply Co.
2717 Curtiss St
Downers Grove, Il 60515

Shemin Nurseries
4 N 755 Lombard Rd
P O Box 857
Addison, IL 60101-1198

Sierra Forest Products, Chi
1700 Downs Drive
West Chicago, Il 60185

Sikich Gardner & Co LLP
998 Corporate Blvd
Aurora, Il. 60504

Source One Office Products
380 Production Drive
South Elgin, Il. 60177

Speedway

Speedway Superamerica LLC
P O Box 740587
Cincinnati, Oh 45274-0587

State Disbursement Unit
P O Box 5400
Carol Stream, Il. 60197-540

State Disbursement Unit
P O Box 8000
Wheaton, Il. 60189-8000

Steven L. Slaw P.C.

Sunbelt Rentals
P O Box 409211
Atlanta, Ga 30384-9211

T & W Edimer Corp
249 West Lake Street
Elmhurst, Il 60126

The CIT Group/EF
File #55603
Los Angeles, Ca 90074-5603

The Cit Group/EF
File # 55603
Los Angeles, Ca 90074-5603

The Home Depot
P O Box 9122
Des Moines, Ia 50368-9122

Thomas Firecracker
1140 South State St
Aurora, Il 60505

Tide Flex Company

Timber Works
731 Pleasant St
Woodstock, Il. 60098

Timberline Software Corp
P O Box 728
Beaverton, Or 97075-0728

Tire Management
481 N E Industrial Drive
Aurora, Il 60504

Tonyan Bros Trucking
P O Box 70
5101 Route 31
Ringwood, IL 60072-0070

TruGreen Chemlawn
1349 Division St
Plainfield, Il 60544

Trustees of cement Mason Pe
c/o Donald Schwarz
19 west Jackson, Suite 300
Chicago, IL 60604

Uni Care

Unilock Chicago, Inc
301 E Sullivan Road
Aurora, Il. 60504

United Construction Product
c/o Nigro & Westfall PC
1793 Bloomingdale Road
Glendale Heights, IL 60139

United Construction Product
1700 Quincy Avenue
Naperville, Il 60540

United Parcel Service
Lockbox 577
Carol Stream, Il. 60132-057

United Rentals Inc
135 South LaSalle St
Department 4179
Chicago, IL 60674-4179

Ureil Geron
1832 Endicott Circle
Carpentersville, Il 60110

Utility Dynamics Corp
23 Commerce Drive
Oswego, Il 60543

Vesco Reprographic
1351 Aucutt Road
Montgomery, Il 60538

Victor Garcia
632 Pennsylvania
Aurora, Il 60505

Victor Macias
943 Second Ave
Aurora, Il 60505

Visa

Volvo
P O Box 7247-0236
Philadelphia, Pa 19170-0236

Wagner Farms Nursery
9937 South Route 59
Naperville, Il. 60564

Waste Management Ill.-West
P O Box 9001054
Louisville, Ky 40290-1054

Water Products Compan
P O Box 50
Aurora, Il. 60507

West Suburban Bank
711 South Meyers Road
Lombard, IL 60148

Wholesale Direct Inc
2759 Washington Blvd
Bellwood, Il 60104

Wilson Nurseries Inc
43W967 State Route 72
Hampshire, Il 60140-8271

Wolosek
3531 Plover Road
Wisconsin Rapids, Wi 54494

Worldwide Express-Chicago W
P O Box 5020
Woodridge, Il 60517

Zach Deaton
180 Peachtree Lane
West Chicago, Il 60185

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Landscape Resources, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Landscape Resources, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 8, 2005**

Date

**/s/ Stephen J. Costello**

**Stephen J. Costello 6187315**

Signature of Attorney or Litigant

Counsel for   **Landscape Resources, Inc.**

**Costello & Costello**
**19 N. Western Ave. (RT 31)**
**Carpentersville, IL 60110**
**847-428-4544 Fax:847-428-4694**
**steve@costellolaw.com**

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

### INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)     the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)     the effect of receiving a discharge of debts
(3)     the effect of reaffirming a debt; and
(4)     your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

### WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

### WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

### WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

### OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

### AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

Date   **July 8, 2005**            Signature   **/s/ Gary Deaton**

                                                **Gary Deaton**
                                                **President**