# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: LANDSCAPE RESOURCES, INC. | § | Case No. 05-28453-RG |
| DBA LANDSCAPE RESOURCES INC | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Northern District of Illinois

219 S. Dearborn

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:00 am on 12/02/2010 in Courtroom 250, United States Courthouse,
Kane County Courthouse

100 S. Third Street

Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  10/03/2010          By:  JOSEPH R. VOILAND
                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: LANDSCAPE RESOURCES, INC. | § | Case No. 05-28453-RG |
| DBA LANDSCAPE RESOURCES INC | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 37,520.94 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 37,520.94 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 4,502.09 | $ 534.57 |
| *Attorney for trustee* | Joseph R. Voiland | $ 12,419.50 | $ 993.69 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 2,250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | West Suburban Bank | $ | $ 4,375.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $720,378.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | Internal Revenue Service | $ 2,898.98 | $ 2,898.98 |
| _____ | Internal Revenue Service | $ 168.14 | $ 168.14 |
| _____ | Internal Revenue Service | $ 718.95 | $ 718.95 |
| _____ | Illinois Department of Revenue | $ 347.88 | $ 347.88 |
| _____ | Internal Revenue Service | $ 718.95 | $ 0.00 |
| _____ | Internal Revenue Service | $ 168.14 | $ 0.00 |
| 3P | IL Department of Employment Security | $ 147,999.47 | $ 0.00 |
| 5P | Midwest Operating Engineers Pension Fund | $ 630.45 | $ 40.80 |
| 23 | Hector Espinal | $ 2,635.73 | $ 2,635.73 |
| 28P | Illinois Department of Revenue | $ 56,607.77 | $ 0.00 |
| 34 | IUOE Local 649 Annuity Fund | $ 3,389.61 | $ 219.38 |
| 45 -2 | Railroad Maintenance and Industrial Health and Wel | $ 9,996.00 | $ 0.00 |
| 46 | Mid Central H & W Fund | $ 9,115.63 | $ 589.98 |
| 57P | Department of the Treasury-Internal Revenue Service | $ 480,156.25 | $ 0.00 |
| 63P | Randall Brockway | $ 2,895.75 | $ 2,895.75 |
| 65P | James Mc Cabe | $ 1,930.50 | $ 1,930.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 2,353,607.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 -2 | West Suburban Bank | $ 801,122.11 | $ 0.00 |
| 2 | Western Oilfields Supply Co | $ 10,953.73 | $ 0.00 |
| 3U | IL Department of Employment Security | $ 2,279.83 | $ 0.00 |
| 4 | Michael T. Nigro, Nigro & Westfall, P.C. | $ 7,012.17 | $ 0.00 |
| 5U | Midwest Operating Engineers Pension Fund | $ 6,215.94 | $ 0.00 |
| 6 | M.O.E. Construction Industry Research and Service | $ 192.85 | $ 0.00 |
| 7 | Navistar Financial Corporation | $ 4,935.82 | $ 0.00 |
| 8 | Fox River Stone Company | $ 9,042.37 | $ 0.00 |
| 9 | Midway Truck Parts | $ 771.67 | $ 0.00 |
| 10 | Karnes Landscape Supply | $ 66,698.97 | $ 0.00 |
| 12 | Source One Office Products | $ 1,757.87 | $ 0.00 |
| 13 | Gatwood Crane Service | $ 1,990.00 | $ 0.00 |
| 14 | Tire Management | $ 1,607.04 | $ 0.00 |
| 15 | Engineering Enterprises, In | $ 24,449.00 | $ 0.00 |
| 16 | Agri Drain | $ 479.85 | $ 0.00 |
| 17 | Marshland Transplant | $ 6,764.22 | $ 0.00 |
| 18 | Homer Industries LLC | $ 1,110.00 | $ 0.00 |
| 19 | Parker Systems, Inc. | $ 932.70 | $ 0.00 |
| 20 | Palace Industries | $ 201.59 | $ 0.00 |
| 21 | Holland & Knight LLP | $ 26,935.62 | $ 0.00 |
| 22 | Naturescape Design, Inc. | $ 28,485.88 | $ 0.00 |
| 24 | Buikema's Ace Hardware | $ 773.46 | $ 0.00 |
| 25 | KRW Services Inc. | $ 2,335.00 | $ 0.00 |
| 26 | Conserv FS | $ 2,982.03 | $ 0.00 |
| 27 | Illinois Department of Revenue | $ 22.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| 28U | Illinois Department of Revenue | $ 9,540.08 | $ 0.00 |
|---|---|---|---|
| 29 | DeBucks Sod Farm of Wisconsin Inc | $ 44,622.26 | $ 0.00 |
| 30 | United Construction Products Inc | $ 12,611.24 | $ 0.00 |
| 31 | Q & A Consulting | $ 12,735.00 | $ 0.00 |
| 32 | One Star Long Distance | $ 279.94 | $ 0.00 |
| 33 | Worldwide Express-Chicago W | $ 448.69 | $ 0.00 |
| 35 | JR Simplot Company d/b/a Simplot Partners | $ 9,235.99 | $ 0.00 |
| 37 | American Rental Centers | $ 3,072.02 | $ 0.00 |
| 38 | Fastenal Industrial & | $ 948.92 | $ 0.00 |
| 39 | Fox Valley Ford | $ 2,138.83 | $ 0.00 |
| 41 | Mobile Mini Inc | $ 499.98 | $ 0.00 |
| 42 | Speedway SuperAmerica LLC | $ 8,221.21 | $ 0.00 |
| 43 | Cary Concrete Products, Inc | $ 6,175.00 | $ 0.00 |
| 44 | Peerless Fence Div of Peerless Ent In | $ 6,865.00 | $ 0.00 |
| 47 | Commerce and Industry Insurance | $ 20,330.00 | $ 0.00 |
| 48 | CNH Capital America LLC as assignee of | $ 12,628.82 | $ 0.00 |
| 49 | United Rentals | $ 11,064.84 | $ 0.00 |
| 50 | J F New & Associates | $ 8,730.60 | $ 0.00 |
| 52 | West Bend Mutual | $ 94,808.72 | $ 0.00 |
| 53 | Hyzer Hyzer & Jacobs Attys | $ 1,536.51 | $ 0.00 |
| 54 | Sikich Gardner & Co LLP | $ 24,105.83 | $ 0.00 |
| 55 | CNH Capital | $ 773.44 | $ 0.00 |
| 57U | Department of the Treasury-Internal Revenue Service | $ 180,426.41 | $ 0.00 |
| 58 | Utility Dynamics Corp | $ 113,701.55 | $ 0.00 |
| 59 | Elmhurst Chicago Stone Co | $ 29,638.25 | $ 0.00 |
| 60 | First National Ins Co | $ 715,000.00 | $ 0.00 |
| 61 | T & W Edimer Corp | $ 1,638.50 | $ 0.00 |
| 62 | DLM Trucking Inc | $ 1,320.00 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| 63U | Randall Brockway | $ | 3,766.12 | $ | 0.00 |
| 65U | James McCabe | $ | 6,692.31 | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 204.54 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
| 64 | United Parcel Service | $ | 204.54 | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
| | | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By:   /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann                    Page 1 of 5                Date Rcvd: Nov 02, 2010
Case: 05-28453               Form ID: pdf006                   Total Noticed: 266

The following entities were noticed by first class mail on Nov 04, 2010.
```
db         +Landscape Resources, Inc.,   1135 South Lake Street,   Montgomery, IL 60538-1258
aty        +Stephen J Costello,   Costello & Costello,   19 N Western Ave Rt 31,
             Carpentersville, IL 60110-1730
tr         +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
9595030    +1st AYD Corporation,   1325 Gateway Drive,   Elgin, Il 60124-7866
9595031    +A&A Equipment & Supply,   1110 N Ellis Ave,   Bensenville, Il 60106-1117
9595040    +++AOS ASSOCIATES,   14926 S BARTLETT AVE,   PLAINFIELD, IL  60544-1924
             (address filed with court:  AOS Associates,   728 Bartlett,   Plainfield, Il. 60544)
9595042     AT&T,   P O Box 8212,   Aurora, Il. 60572-8212
9595032    +Advanced Material Services,   435 Pennsylvania Ave,   Suite 604,   Glen Ellyn, IL 60137-4401
9595033    +Agri Drain,   P O Box 458,   Adair, Ia 50002-0458
9595034    +Airgas,   P O Box 802588,   Chicago, Il. 60680-2588
9595036    +Altorfer, Inc,   P O Box 1347,   Cedar Rapids, Ia 52406-1347
9595037    +American Rental Centers,   5040 N Big Hollow Road,   Peoria, Il 61615-3547
9595038     Analysts, Inc,   P O Box 2955,   Torrance, Ca 90509-2955
9595039    +Angel Espinal, Jr.,   929 Kane Street,   Aurora, Il 60505-3743
9595041    +Applied Ecological Services,   P O Box 256,   17921 Smith Road,   Brodhead, WI 53520-9355
9595044    +Aurora Automotive Supply,   220 West Galena Blvd,   Aurora, Il 60506-4097
9595045    +Aurora Concrete Products Co,   145 South River Drive,   North Aurora, Il 60542-1649
9595046    +BBA, LLC,   One Pierce Place, 260C,   Itasca, Il 60143-1253
9595048    +BFI of Aurora,   1565 Aurora Avenue Lane,   Aurora, Il 60505-8703
9595049    +BFI of Melrose Park,   5050 West Lake Street,   Melrose park, Il 60160-2766
9595047    +Beverly Materials, LLC,   1100 Brandt Drive,   Elgin, Il. 60120
9595050     Boc Gases (Airgas),   P O Box 371914,   Pittsburgh, Pa 15251-7914
9595051    +Brian Spies,   2001 Bittersweet,   Plano, Il 60545-1066
9595052    +Bryon Nursery,   P O Box 125,   St. Charles, Il 60174-0125
9595053    +Buechel Stone Corporation,   West 3639 Hwy H,   Clinton, Wi 53525
9595054    +Buikema's Ace Hardware,   c/o Law Office of Falk R Montgomery,   POB 69,
             Bloomingdale, IL 60108-0069
9595055    +Burke, LLC,   9575 West Higgins Rd,   Suite 600,   Rosemont, IL 60018-4920
9595056    +Buttrey Rental Service,   216 West Ogden Avenue,   Westmont, Il 60559-1306
9595062    +CECCO Trading, Inc,   2400 West Cornell Street,   Milwaukee, Wi 53209-6215
10704306   +CNH Capital,   P O Box 3038,   Evansville, IN 47730-3038
10666401    CNH Capital America LLC as assignee of,   New Holland Credit Company,   P O Box 3600,
             Lancaster, PA 17604-3600
9595077    +CRF Solutions,   2051 Royal Avenue,   Simi Valley, CA 93065-4679
9595057    +Carol Stream Lawn & Power,   1370 Army Trail Road,   Carol Stream, Il 60188-4836
9595058    +Carroll Distributing and,   Construction Supply, Inc,   205 South Iowa Avenu,
             Ottumwa, IA 52501-3312
9595059    +Cary Concrete Products, Inc,   211 Dean Street,   Suite 1D,   Woodstock, Il 60098-3275
9595060     Case Credit Corporation,   P O Box 2032,   Racine, Wi 53401-2032
9595061    +Cavanagh & O'Hara,   407 East Adams Street,   P.O. Box 5043,   Springfield, Il 62705-5043
9595063    +Central Laborers' Pension,,   Welfare and Annuity Funds,   P O Box 1267,
             Jacksonville, IL 62651-1267
9595064    +Chem-Wise Ecological,   2 1/2 West Wilson Street,   Suite A-1,   Batavia, IL 60510-1943
9595065    +Chicago Flameproof,   1180 Reliable Parkway,   Chicago, Il 60686-0001
9595066     ChicagoTribune,   P O Box 6315,   Chicago, Il 60680-6315
9595067     Citi Cards,   P O Box 6412,   The Lakes, Nv 88901-6412
9595068    +Coffman Truck Sales, Inc.,   1149 West Lake Street,   P O Box 151,   Aurora, IL 60507-0151
9595069    +Coldwell Banker Commercial,   Devonshire Realty,   7707 North Knoxville Ave,
             Peoria, IL 61614-2080
10665376   +Commerce and Industry Insurance,   c/o Askounis & Borst, P.C.,   303 East Wacker Drive,
             Suite 1000,   Chicago, IL 60601-5216
9595071    +Conserv FS,   27310 W Case Road,   Wauconda, Il 60084-9740
9595072    +Conserv FS Inc.,   c/o Teller,Levit & et al,   11 E Adams St-8th Flr,   Chicago, IL 60603-6324
9595073    +Construction Resource Tech,   1515 Indian River Blvd,   Bldg A, Suite 222,
             Vero Beach, FL 32960-5627
9595074    +Cordray Brothers Pit,   7600 Epworth Road,   Garden Prairie, Il 61038-9597
9595080    +DFCC, Inc,   1090 Rock Road Lane,   Unit 5,   East Dundee, IL 60118-2452
9595085    +DLM Trucking Inc,   Dump Truck Service,   542 Justa Road,   Metamora, Il 61548-7735
9595078    +DeBuck's Sod Farm of,   Wisconsin, Inc,   N6127 County Road P,   Delavan, WI 53115-2703
10624305   +DeBucks Sod Farm of Wisconsin Inc,   c/o Thorpe Compton & Christian SC,   POB 386,
             Delavan, WI 53115-0386
9595079    +Delta Dental Plan of Ill,   Department 1030,   P O Box 805275,   Chicago, IL 60680-4168
9595142    +++Department of the Treasury-Internal Revenue Servic,   Centralized Insolvency Operations,
             P O Box 21126,   Philadelphia, PA 19114-0326
9595081    +Diane Ketterer,   14428 S Heatherwood Dr,   Homer Glen, IL 60491-7716
9595082     Dick's Trucking Services,   P O Box 5187,   Peoria, Il 61601-5187
9595083    +Directv,   P O Box 60036,   Los Angeles, Ca 90060-0036
9595084    +Ditomasso Excavating Ltd,   880 W Everett Road,   Lake Forest, Il 60045-2744
9595086     Dohn & Associates,   4811 Emerson Avenue,   Suite 103,   Palatine, IL 60067-7416
9595087    +DuPage Topsoil, Inc.,   P O Box 387,   Wheaton, Il 60187-0387
9595088    +E C Rizzi & Associate,   31 W 310 Schoger Drive,   Naperville, Il 60564-5656
9595089    +Edens Stone,   Box 686378,   Milwaukee, Wi 53268-6378
9595090    +Edgar Garcia,   632 Pennsylvania,   Aurora, Il 60506-3030
9595092    +Elmhurst Chicago Stone,   P O Box 57,   Elmhurst, Il 60126-0057
10718448   +Elmhurst Chicago Stone Co,   c/o Edgington & Edgerton,   125 Wood Street  P O Box 218,
             West Chicago, IL 60186-0218
9595093    +Engineering Enterprises, In,   52 Wheeler Road,   Sugar Grove, IL 60554-9595
9595094    +Ero-Tex,   W62 N248 Washington Ave,   Suite 205,   Cedarburg, WI 53012-2768
9595095    +Fastenal Industrial &,   Construction Supplies,   P O Box 978,   Winona, MN 55987-0978
9595096    +Federal Express Corp,   P O Box 94515,   Palatine, Il 60094-4515
9595097    +Feece Oil Company,   1700 Hubbard Drive,   Batavia, Il 60510-1424
```

```
9595098      Fifth Third Auto Leasing,   Trust Indiana (Northern),   P O Box 630041,
             Cincinnati, OH 45263-0041
9595099   +++First National Ins.Co.,   c/o John Sebastian,   Hinshaw & Culbertson LLP,
             222 N LaSalle St  Ste 300,   Chicago, IL 60601-1081
9595100     +First Sealord Surety, Inc.,   33 Rock Hill Road,   Bala Cynwyd, Pa 19004-2019
9595101     +Ford Credit,   Post Office Box 219825,   Kansas City, Mo. 64121-9825
9595102     +Forms Fulfillment Center,   P O Box 681,   Tarrytown, NY 10591-0681
9595105     +Fox River Stone Company,   1250 Larkin Avenue,   Suite 10,   Elgin, IL 60123-6078
9595106     +Fox Valley Ford,   208 Hansen Blvd,   North Aurora, Il 60542-8920
9595107     +Fox Waterway Agency,   c/o Zukowski, Rogers Flood,   50 Virginia Street,
             Crystal Lake, IL 60014-4126
9595108     +Freund International,   P O Box 67,   11816 South Route 47,   Huntley, IL 60142-0067
9595109     +Froylan Batista,   227 Harrison,   Carpentersville, Il 60110-2304
9595110     +Fuchs & Roselli,   311 South County Farm Rd,   Suite A,   Wheaton, IL 60187-2477
9595111     +G&K Services,   8201 South Cork Ave,   Justice, Il 60458-1718
9595112     +G. Lengemann Company,   P O Box 496,   Niles, Mi 49120-0496
9595116      GMAC,   Post Office Box 9001951,   Louisville, Ky.40290-1951
9595122     +GRO Horticultural Enterpris,   14440 Marengo Road,   Union, Il 60180-9621
9595113     +Gary Deaton,   180 Peachtree Lane,   West Chicago, Il 60185-1988
9595114     +Gatwood Crane Service,   2345 E Hamilton Road,   Arlington Hts., Il 60005-4806
9595115      Giagnorio & Robertelli,   130 South Bloomingdale Rd,   P.O. Box 726,
             Bloomingdale, IL 60108-0726
9595120      Grainger,   Dept 136 - 853105823,   Palatine, Il 60038-0001
9595121     +Great Western Bag Co,   1416-18 North Broadway,   St. Louis, Mo 63102-2303
9595123     +H Wigboldy Sons Inc,   13631 S Kostner Ave,   Midlothian, Il 60445-1908
9595124      Halquist Stone,   Box 88033,   Milwaukee, Wi 53288-0033
9595125     +Harris Bank Barrington NA,   P O Box 6201,   Carol Stream, Il 60197-6201
9595127     +Hector Espinal,   237 North Ohio Street,   Aurora, Il 60505-2807
9595128     +Hitchcock Design Group,   221 W Jefferson Ave,   Naperville, Il 60540-5355
9595129     +Hohulin Brothers Fenc co.,   116 Harrison Street,   P O Box 107,   Goodfield, Il 61742-0107
9595130     +Holland & Knight LLP,   131 South Dearborn St,   30th Floor,   Chicago, IL 60603-5517
10607912     Holland & Knight LLP,   1 East Howard Blvd Ste 1300,   Ft Lauderdale FL 33301
9595131     +Home Depot CRC Payments,   P O Box 4534, Dept 24,   Carol Stream, Il 60197-4534
9595132     +Home Tech Management,   1212 C Badger Street,   Yorkville, IL 60560-1701
9595133     +Homer Industries LLC,   14000 S Archer Ave,   Lockport, Il 60441-7447
9595134     +Howard L. White Assoc,   P O Box 5197,   Buffalo Grove, Il 60089-5197
9595135      Humana / Employers Health,   Insurance,   P O Box 0599,   Carol Stream, IL 60132-0599
9595136     +Hydro Dramatics Division,   MO Machinery & Engineering,   1228 S 8th Street,
             Saint Louis, MO 63104-3610
9595035     +Hyzer Hyzer & Jacobs Attys,   (Alpha to Omega Surveying),   855 North Madison St,
             Rockford IL 61107-3015
9713940     +IL Department of Employment Security,   Attorney General Section 7th Fl,   33 S State St,
             Chicago, IL 60603-2804
10622273   ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
             100 West Randolph Street  Level 7-400,   Chicago, Illinois  60601)
9595146  ++++IUOE LOCAL 841,103,318,649,   MID CENTRAL OPERATING ENG,   PO BOX 9605,
             TERRE HAUTE IN  47808-9605
             (address filed with court: IUOE Local 841,103,318,649,   Mid Central Operating Eng,
             P O Box 1445,   Terre Haute, IN 47808-1445)
9595144      IUOE Local 150,   Administration Dues,   P O Box 944727,   Chicago, IL 60690-4427
9595145     +IUOE Local 649,   Operating Engineers,   6408 West Plank Rd,   Peoria, IL 61604-5237
10638599    +IUOE Local 649 Annuity Fund,   c/o David W. Stuckel,   Harvey & Stuckel, Chtd.,
             331 Fulton Street, Suite 650,   Peoria, IL 61602-1478
9595139      Il Dept. of Employment Sec,   P O Box 802551,   Chicago, IL 60680-2551
9595138      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
9595140     +Illinois Landscape,   Contractors Association,   2625 Butterfield Rd -#204W,
             Oak Brook, IL 60523-1257
9595141     +Illinois Mining Corporation,   41 Walter Court,   Lake In The Hills, Il 60156-1586
9595143     +Ismael Garcia,   632 Pennsylvana Ave,   Aurora, Il 60506-3030
9595147     +J F New & Associates,   P O Box 243,   708 Roosevelt Road,   Walkerton, IN 46574-1220
9595148     +J Mooncotch Crane,   7061 S Willow Springs Road,   Countryside, Il 60525-4730
9595149     +J R Simplot Company,   c/o Richard S Cozza, Atty,   227 West Monroe St,   Chicago, IL 60606-5055
9595152     +JLM Trucking,   1780 South 16000 West Rd,   Reddick, Il 60961-8125
9595153  ++++JOEL SERRANO,   114 E CLOVER AVE,   CORTLAND IL  60112-4114
             (address filed with court: Joel Serrano,   4724 Clover,   Cortland, Il 60112)
10640075    +JR Simplot Company d/b/a Simplot Partners,   Attn P Mark Thompson,   POB 27,
             Boise, ID 83707-0027
9595150     +Jalic G.T.,   P O Box 1508,   Minneapolis, Mn 55480-1508
9595151     +James Mc Cabe,   3736 W 217th Street,   Matteson, Il 60443-3703
9595154     +John Weberpal,   16521 Swanson Road,   Sycamore, Il 60178-8652
9595155      Jorge Serrano,   805 Tyler Drive,   Carpentersville, Il 60110
9595156     +Jose Lopez,   2116 Morningside Lane,   Carpentersville, Il 60110-2521
9595157     +Juan Serrano,   109 Granada Road,   Carpentersville, Il 60110-1130
9595163     +KR Services Co,   Div of KRS Service Inc,   P O Box 958,   Bolingbrook, IL 60440-1083
9595164     +KRW Services Inc.,   c/o Frank Montgomery,   POB 69,   Bloomingdale, IL 60108-0069
9595158     +Kane County Collector,   David J. Rickert,   719 S Batavia Ave-Bldg A,   Geneva, IL 60134-3077
9595159     +Karnes Landscape Supply,   31 W 545 Diehl Road,   Naperville, Il 60563-1077
9595160     +Kelly Sauder Rupiper Equip,   1501 Fifth Street,   Lacon, Il 61540-8819
9595161     +Kesters Nursery,   P O Box 516,   Omro, Wi 54963-0516
9595162     +Kieft Brothers, Inc.,   837 S Riverside Drive,   Elmhurst, Il 60126-4964
9595165     +Lake Street Supply Co.Inc,   410 East North Ave,   Sreamwood, Il 60107-2524
9595166     +Landscape & Construction,   Solutions, LLC,   2233 Palmer Dr., Suite B,
             Schaumburg, IL 60173-3806
```

```
District/off: 0752-1          User: pseamann          Page 3 of 5          Date Rcvd: Nov 02, 2010
Case: 05-28453               Form ID: pdf006          Total Noticed: 266

9595167      +Laser Source, Inc.,   5410 Newport Drive,   Suite 44,   Rolling Meadows, IL 60008-3722
9595168      +Lindahl Bros.,Inc.,   c/o James Crowley Jr.,   840 S Oak Park Ave #210,   Oak Park, IL 60304-1200
9595169      +Lindahl Brothers, Inc.,   622 East Green Street,   Bensenville, Il 60106-2579
9595170      +Local 707 - Production,   Workers Union,   P O Box 56319,   Harwood Hts, IL 60656-0319
9595171       M O E Construction Industry,   Research & Service Trust,   P O Box 74632,
              Chicago, IL 60675-4632
10585773      M.O.E. Construction Industry Research and Service,   c/o Jennifer L. Dunitz-Geiringer, Atty,
              200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
9595172       Manifest Funding Service,   P O Box 790448,   St Louis, Mo. 63179-0448
9595174      +Marshland Transplant,   Aquatic Nursery,   PO Box 1,116 E Huron St,   Berlin, WI 54923-0001
9595175      +Martin Serrano,   841 Post Lane,   Streamwood, Il 60107-1726
9595176      +Material Service Corp,   222 North LaSalle Street,   Chicago, Il 60601-1003
9595179      +McAllister Equipment co,   Box 88025,   Milwaukee, Wi 53288-0025
9595180       McDowell Truck Parts Inc,   Route 71 at 34,   Oswego, Il 60543
9595181      +McGinnis Transport, Inc,   137 Hollywood Circle,   Creve Coeur, Il 61610-3831
9595182       McGinty Brothers Inc,   3744 RFD Cuba Road,   Long Grove, Il 60047-7958
9595183      +Medical Publishing,   1507 East 53rd St-Dept.601,   Chicago, Il 60615-4573
10437494     +Michael T. Nigro, Nigro & Westfall, P.C.,   1793 Bloomingdale Road,
              Glendale Heights, IL 60139-3800
9595184      +Michele Deaton,   180 Peachtree Lane,   West Chicago, Il 60185-1988
9595185      +Mid Central H & W Fund,   c/o Wright Shagley & Lowery,   500 Ohio Street,,
              Terre Haute, IN 47807-3517
9595186      +Midway Truck Parts,   7400 West 87th Street,   Bridgeview, Il 60455-1881
9595187      +Midwest Construction Serv,   P O Box 4185,   4200 S Ricketts Ave,   Bartonville, IL 61607-2314
9595188       Midwest Fence,   900 North Kedzie Ave,   Chicago, Il. 60651-4187
9595189      +Midwest Groundcovers,   P O Box 748,   St. Charles, Il 60174-0748
9595190       +Midwest Marketing Service,   P O Box 166,   Oak Lawn, Il 60454-0166
9595191      +Midwest Operating Engineers,   Pension Fund,   6150 Joliet Road,   La Grange, IL 60525-3994
10585772      Midwest Operating Engineers Pension Fund,   c/o Jennifer L. Dunitz-Geiringer, Atty,
              200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
9595192      +Midwest REM Enterprises,   P O Box 87166,   Carol Stream, Il 60188-7166
10651423     +Mobile Mini Inc,   Vangroff Williams & Assoc,   P O Box 2189,   Stanton, CA 90680-1389
9595193      +Mobile Mini, Inc,   P O Box 79149,   Phoenix, Az 85062-9149
9595194      +Montgomery Water Dept,   P O Box 739,   Montgomery, Il 60538-0739
9595199      +NES Traffic Safety, LP,   12225 Disk Drive,   Romeoville, Il 60446-1190
9595195      +National Construction,   Rentals,   1894 Plain Avenue,   Aurora, IL 60502-8560
9595196      +National Seed Company,   5300 Katrine Ave-Ste.A,   Downers Grove, Il 60515-4049
9595198       Navistar Financial Corp,   P O Box 96070,   Chicago, Il 60693-6070
10592686     +Navistar Financial Corporation,   425 N. Martingale Road, Suite 1800,   Schaumburg, IL 60173-2216
9595200       New Holland Credit,   Company LLC,   P O Box 0509,   Carol Stream, IL 60132-0509
9595201       New Holland Plan,   Dep CH 10460,   Palatine, Il 60055-0460
9595202       Nextel,   P O Box 17990,   Denver, Co 80217-0990
9595203       Nicor Energy, LLC,   101 Warrenville Rd,   Suite 550,   Lisle, IL 60532-1583
9595208       North Central Il Laborer,   Health & Welfare Fund Offic,   P O Box 9090,   Peoria, IL 61612-9090
9595209      +Northern Illinois Gas,   39 W 180 Highland Ave,   Elgin, Il 61624-7985
9595210      +NuToys Leisure Products,   P O Box 2121,   LaGrange, Il 60525-8221
9595211       Office Depot Credit Plan,   Dept. 56-4204856388,   P O Box 9027,   Des Moines, IA 50368-9027
9595212      +Office Equipment Specialist,   1935 Brookdale-Ste 103,   Naperville, Il 60563-2773
9595213       One Star Long Distance,   P O box 3085,   Evansville, In 47730-3085
9595214      +Outside Plant Damage,   Recovery Group LLC,   9206 W Alameda, #1123,   Lakewood, CO 80226-2829
9595215      +Ozinga Illinois RMC, Inc,   18825 Old LaGrange Rd,   Mokena, Il 60448-8350
9595216      +Palace Industries,   P O Box 826,   Richboro, Pa 18954-0826
9595217      +Palatine Oil Company,Inc,   P O Box 985,   Palatine, Il 60078-0985
9595218      +Paris Landscape,   1200 South Lake St,   Montgomery, Il 60538-1400
9595219      +Parker Systems, Inc.,   2880 Yadkin Road,   Chesapeake, Vi 23323-2202
9595221      +Peerless Fence,   33W401 Roosevelt Road,   West Chicago, Il 60185-2611
10662283     +Peerless Fence Div of Peerless Ent In,   c/o Edgerton & Edgerton,   125 Wood Street  P O Box 218,
              West Chicago, IL 60186-0218
9595222      +Peterson Manufacturing Co.,   Box 8 - 700 W 143rd St,   Plainfield, Il 60544-0008
9595223      +Phil's Topsoil, Inc.,   12763 Elaine Drive,   Plainfield, Il 60585-9765
9595224      +Prairie Seed Supply,   P O Box 5175,   Springfield, Il 62705-5175
9595225      +Priority Products, Inc,   320 N 6th Street,   St. Charles, Il 60174-1712
10629126     +Q & A Consulting,   2930 Campton Hills Dr,   St Charles, IL 60175-1087
9595226      +Q & A Consulting,   522 West Main St,   St. Charles, Il 60174-1839
9595228      +R & R Janitorial,   2198 Ogden Ave- #137,   Aurora, Il 60504-7215
9595230      +R J Smith Sales Inc,   D B A Ironsmith,   41-651 Corporate Way #2&3,   Palm Desert, CA 92260-1987
9595231      +Radiator Express,   2 S 721 Route 59,   Warrenville, Il 60555-1444
9595232      +Railroad Maintenance &,   Industrial Health & Welfare,   2205 W Wabash Ave-#211,
              Springfield, IL 62704-5356
10662490     +Railroad Maintenance and Industrial Health and Wel,   c/o Cavanagh & O'Hara,   407 E. Adams,
              PO Box 5043,   Springfield, IL 62705-5043
9595233       Rain for Rent, Chicago,   File 52541,   Los Angeles, Ca 90074-2541
9595234      +Rainbow Farms Enterprises,   25715 S Ridgeland Ave,   Monee, Il 60449-8963
9595235      +Randall Brockway,   154 Northgate Road,   Riverside, Il 60546-1617
9595236      +Randall Pressure Systems,   1100 Commerce Drive,   Geneva, Il 60134-2484
9595237       Rental Plus,   124 North Schmale Rd,   Carol Stream, Il 60188-2199
9595238      +RentalMax LLC,   908 East Roosevelt Rd,   Wheaton, Il 60187-5651
9595239      +Rick Kohler,   1544 Stoneridge Court,   Yorkville, Il 60560-9317
9595240      +Rob Roy Equipment & Supply,   555 South River Street,   Batavia, Il 60510-2602
9595241      +Rodolfo Delgado,   17 Ash Street,   Carpentersville, Il 60110-1663
9595242      +Ross Midwest, Inc,   1 N 030 Gary Avenue,   Carol Stream, Il 60188-2278
9595243      +Royal Office Products,   P O Box 88486,   Chicago, Il. 60680-1486
9595244       SBC,   Bill Payment Center,   Chicago, Il 60663-0001
9595245      +Schock's Towing Service,   423 East Main St,   East Dundee, Il 60118-1548
```

```
District/off: 0752-1          User: pseamann           Page 4 of 5            Date Rcvd: Nov 02, 2010
Case: 05-28453               Form ID: pdf006           Total Noticed: 266
```

```
9595246    +Scotty's Inc,   3341 South State Street,   Lockport, Il 60441-5226
9595247     Shane Deaton,   327 W 325 Providence,   Winfield, Il 60190
9595249    +Shane's Office Supply Co.,   2717 Curtiss St,   Downers Grove, Il 60515-4002
9595250    +Shemin Nurseries,   4 N 755 Lombard Rd,   P O Box 857,   Addison, IL 60101-0857
9595251    +Sierra Forest Products, Chi,   1700 Downs Drive,   West Chicago, Il 60185-1830
9595252    +Sikich Gardner & Co LLP,   998 Corporate Blvd,   Aurora, Il 60502-9102
9595253    +Source One Office Products,   380 Production Drive,   South Elgin, Il 60177-2637
10656984    Speedway SuperAmerica LLC,   PO Box 1590,   Springfield, OH 45501-1590
9595255     Speedway Superamerica LLC,   P O Box 740587,   Cincinnati, Oh 45274-0587
9595257     State Disbursement Unit,   P O Box 8000,   Wheaton, Il. 60189-8000
9595256    +State Disbursement Unit,   P O Box 5400,   Carol Stream, Il 60197-5400
9595259     Sunbelt Rentals,   P O Box 409211,   Atlanta, Ga 30384-9211
9595260    +T & W Edimer Corp,   249 West Lake Street,   Elmhurst, Il 60126-1506
9595261     The CIT Group/EF,   File #55603,   Los Angeles, Ca 90074-5603
9595262     The Cit Group/EF,   File # 55603,   Los Angeles, Ca 90074-5603
9595263    +The Home Depot,   P O Box 9122,   Des Moines, Ia 50306-9122
9595264    +Thomas Firecracker,   1140 South State St,   Aurora, Il 60505-5738
9595266    +Timber Works,   731 Pleasant St,   Woodstock, Il 60098-2242
9595267     Timberline Software Corp,   P O Box 728,   Beaverton, Or 97075-0728
9595268    +Tire Management,   481 N E Industrial Drive,   Aurora, Il 60505-9761
9595269    +Tonyan Bros Trucking,   P O Box 70,   5101 Route 31,   Ringwood, IL 60072-9614
9595270     TruGreen Chemlawn,   1349 Division St,   Plainfield, Il 60544
9595271    +Trustees of cement Mason Pe,   c/o Donald Schwarz,   19 west Jackson, Suite 300,
              Chicago, IL 60604-3910
9595273    +Unilock Chicago, Inc,   301 E Sullivan Road,   Aurora, Il 60505-9762
9595274    +United Construction Product,   c/o Nigro & Westfall PC,   1793 Bloomingdale Road,
              Glendale Heights, IL 60139-3800
9595275    +United Construction Product,   1700 Quincy Avenue,   Naperville, Il 60540-4176
9595207    +United Construction Products Inc,   Michael T Nigro Nigro & Westfall PC,   1793 Bloomingdale Road,
              Glendale Heights, IL 60139-3800
9595276    +United Parcel Service,   Lockbox 577,   Carol Stream, Il 60132-0001
10724930   +United Parcel Service,   c/o D&B/RMS Bankruptcy Services,   P.O. Box 4396,
              Timonium, Maryland 21094-4396,   Telephone Number: (410) 773-4029
9595277    +++United Rentals,   3223 32nd Ave Sw,   Suite 203,   Fargo, ND 58103-6278
9595278    +Ureil Geron,   1832 Endicott Circle,   Carpentersville, Il 60110-2402
9595279    +Utility Dynamics Corp,   23 Commerce Drive,   Oswego, Il 60543-9305
9595280    +Vesco Reprographic,   1351 Aucutt Road,   Montgomery, Il 60538-1174
9595281    +Victor Garcia,   632 Pennsylvania,   Aurora, Il 60506-5030
9595282    +Victor Macias,   943 Second Ave,   Aurora, Il 60505-3727
9595284     Volvo,   P O Box 7247-0236,   Philadelphia, Pa 19170-0236
10709143   +Volvo Commercial Finance, a division of VFS US LLC,   P O Box 26131,   Greensboro, NC 27402-6131
9595285    +Wagner Farms Nursery,   9937 South Route 59,   Naperville, Il 60564-5818
9595286     Waste Management Ill.-West,   P O Box 9001054,   Louisville, Ky 40290-1054
9595075     West Bend Mutual,   1900 South 18th Avenue,   West Bend, Wi 53095-9791
9595288    +West Suburban Bank,   711 South Meyers Road,   Lombard, IL 60148-3770
9656358    +West Suburban Bank,   Gina B. Krol,   Cohen & Krol,   105 West Madison Street Suite 1100,
              Chicago, IL 60602-4600
9595290    +Wilson Nurseries Inc,   43W967 State Route 72,   Hampshire, Il 60140-9148
9595291    +Wolosek,   3531 Plover Road,   Wisconsin Rapids, Wi 54494-2155
9595292    +Worldwide Express-Chicago W,   P O Box 5020,   Woodridge, Il 60517-0020
9595293    +Zach Deaton,   180 Peachtree Lane,   West Chicago, Il 60185-1988
```

The following entities were noticed by electronic transmission on Nov 03, 2010.
```
9595070     E-mail/Text: legalcollections@comed.com                        ComEd,   Bill Payment Center,
              Chicago, Il 60668-0001
9595205     E-mail/Text: bankrup@nicor.com                         Nicor Gas,   P O Box 190,
              Aurora, Il. 60507-0190
9595204    +E-mail/Text: bankrup@nicor.com                         Nicor Gas,   P O Box 310,
              Aurora, Il 60507-0310
9595227     E-mail/Text: bklaw@qwest.com                           Qwest,   P O Box 29013,
              Phoenix, Az 85038-9013
9595236    +E-mail/Text: randallsystems@sbcglobal.net                     Randall Pressure Systems,
              1100 Commerce Drive,   Geneva, Il 60134-2484
9595287    +E-mail/Text: paul@waterproductscompany.com                    Water Products Compan,
              P O Box 50,   Aurora, Il 60507-0050
9686953    +E-mail/Text: tbastian@rainforrent.com                      Western Oilfields Supply Co,
              d/b/a Rain for REnt Chicago,   POB 2248,   Bakersfield, CA 93303-2248
                                                                             TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9595178     Addison, Illinois
9595043     Aurora Area Spring
9595177     Mc Cann Industries, Inc
9595254     Speedway
9595258     Steven L. Slaw P.C.
9595265     Tide Flex Company
9595272     Uni Care
9595283     Visa
```

```
District/off: 0752-1          User: pseamann              Page 5 of 5            Date Rcvd: Nov 02, 2010
Case: 05-28453               Form ID: pdf006             Total Noticed: 266
9595117*     GMAC,   P O Box 9001951,    Louisville, Ky 40290-1951
9595118*     GMAC,   P O Box 9001951,    Louisville, Ky. 40290-1951
9595126*     +Harris Bank Barrington NA,    P O Box 6201,   Carol Stream, Il 60197-6201
9595137*     Hyzer,Hyzer & Jacobs, Attys,    (Alpha to Omega Surveying),   855 North Madison St,
              Rockford, IL 61107-3095
10643745*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
10752887*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
9595076      ##+Corridor Supply Company,    751 N. Bolingbrook Dr. #16,   Bolingbrook, Il 60440-5305
9595091      ##+Eli Cruz,   6202 Smokey Ridge Dr,   Plaintfield, Il 60586-5459
9595103      ##+Fountain Technologies, Ltd,    300 East Industrial Lane,   Wheeling, Il 60090-6340
9595104      ##+Fox Metro,   Water Reclamation District,    P O Box 109,   Montgomery, IL 60538-0109
9595119      ##+GMAC,   P O Box 5180,   Carol Stream, Il 60197-5180
9595173      ##+Marine Transport Inc,    P O Box 3849,   2421 Lorio Street,   Union, NJ 07083-1890
9595197      ##+Naturescape Design, Inc.,    152 S Northwest Hwy,   P O Box 457,   Cary, IL 60013-0457
9595206      ##+Night Light Inc,   Landscape Illumination,    130 Eisenhower Ln, So,   Lombard, IL 60148-5415
9595220      ##+Payline West, Inc,    420 Nolen Drive,   South Elgin, Il 60177-2238
9595229      ##+R J Keck Pipe & Supply Co,    300 North Lake St,   Montgomery, Il 60538-1288
9595248      ##+Shane Reinink,   1803 Meadowbrook Ct,   Sycamore, Il 60178-2727
9595289      ##+Wholesale Direct Inc,    2759 Washington Blvd,   Bellwood, Il 60104-1941

                                                                TOTALS: 8, * 6, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                           **Signature:**   _Joseph Speetjens_