**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: LANDSCAPE RESOURCES, INC. § | Case No. 05-28453-RG |
| DBA LANDSCAPE RESOURCES INC § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $268,582.92                    Assets Exempt:   $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,446.71       Claims Discharged
                                                  Without Payment:  $3,060,856.72

Total Expenses of Administration:  $25,074.85

---

   3)  Total gross receipts of $    37,521.56   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $37,521.56
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $67,165.06 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,036.66 | 25,074.85 | 25,074.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,230,182.50 | 720,378.20 | 12,446.71 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,325,594.04 | 2,353,812.32 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,627,978.26 | $3,099,265.37 | $37,521.56 |

    4) This case was originally filed under Chapter 7 on July 18, 2005. The case was pending for 68 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/25/2011    By: /s/JOSEPH R. VOILAND
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| motor vehicles | 1129-000 | 5,000.00 |
| fraudulent transfer - Diane Ketterer | 1241-000 | 25,447.26 |
| pref. tran. - Wolosek Landscaping | 1241-000 | 4,927.68 |
| pref. tran. - Eilts and Assoc. | 1241-000 | 2,000.00 |
| Interest Income | 1270-000 | 146.62 |
| **TOTAL GROSS RECEIPTS** | | **$37,521.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 28S | Illinois Department of Revenue | 4800-070 | N/A | 45,122.46 | 0.00 | 0.00 |
| 40 | First Sealord Surety, Inc. | 4210-000 | N/A | 15,913.50 | 0.00 | 0.00 |
| 56 | Volvo Commercial Finance, a division of VFS US LLC | 4210-000 | N/A | 6,129.10 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$67,165.06** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 4,502.09 | 4,502.09 | 4,502.09 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 534.57 | 534.57 | 534.57 |
| West Suburban Bank | 2420-000 | N/A | 0.00 | 4,375.00 | 4,375.00 |
| Clerk of Bankruptcy Court, ND, IL | 2700-000 | N/A | 0.00 | 2,250.00 | 2,250.00 |
| Joseph R. Voiland | 3110-000 | N/A | 0.00 | 12,419.50 | 12,419.50 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 993.69 | 993.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,036.66 | 25,074.85 | 25,074.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 2,898.98 | 2,898.98 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 718.95 | 718.95 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 168.14 | 168.14 |
| | Illinois Department of Revenue | 5300-000 | N/A | N/A | 347.88 | 347.88 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 718.95 | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 168.14 | 0.00 |
| 3P | IL Department of Employment Security | 5800-000 | N/A | 147,999.47 | 147,999.47 | 0.00 |
| 5P | Midwest Operating Engineers Pension Fund | 5400-000 | N/A | 630.45 | 630.45 | 23.19 |
| 23 | Hector Espinal | 5300-000 | N/A | 4,095.93 | 2,635.73 | 2,635.73 |
| 28P | Illinois Department of Revenue | 5800-000 | N/A | 18,801.79 | 56,607.77 | 0.00 |
| 34 | IUOE Local 649 Annuity Fund | 5400-000 | N/A | 3,389.61 | 3,389.61 | 124.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 36P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 548,497.37 | 0.00 | 0.00 |
| 45 -2 | Railroad Maintenance and Industrial Health and Wel | 5400-000 | N/A | 9,996.00 | 9,996.00 | 367.65 |
| 46 | Mid Central H & W Fund | 5400-000 | N/A | 9,115.63 | 9,115.63 | 335.27 |
| 57P | Department of the Treasury-Internal Revenue | 5800-000 | N/A | 480,156.25 | 480,156.25 | 0.00 |
| 63P | Randall Brockway | 5300-000 | N/A | 4,500.00 | 2,895.75 | 2,895.75 |
| 65P | James Mc Cabe | 5300-000 | N/A | 3,000.00 | 1,930.50 | 1,930.50 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,230,182.50 | 720,378.20 | 12,446.71 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | West Suburban Bank | 7100-000 | N/A | 801,122.11 | 0.00 | 0.00 |
| 1 -2 | West Suburban Bank | 7100-000 | N/A | 801,122.11 | 801,122.11 | 0.00 |
| 2 | Western Oilfields Supply Co | 7100-000 | N/A | 10,953.73 | 10,953.73 | 0.00 |
| 3U | IL Department of Employment Security | 7100-000 | N/A | 2,279.83 | 2,279.83 | 0.00 |
| 4 | Michael T. Nigro, Nigro & Westfall, P.C. | 7100-000 | N/A | 7,012.17 | 7,012.17 | 0.00 |
| 5U | Midwest Operating Engineers Pension Fund | 7100-000 | N/A | 6,215.94 | 6,215.94 | 0.00 |
| 6 | M.O.E. Construction Industry Research and Service | 7100-000 | N/A | 192.85 | 192.85 | 0.00 |
| 7 | Navistar Financial Corporation | 7100-000 | N/A | 4,935.82 | 4,935.82 | 0.00 |
| 8 | Fox River Stone Company | 7100-000 | N/A | 9,042.37 | 9,042.37 | 0.00 |
| 9 | Midway Truck Parts | 7100-000 | N/A | 771.67 | 771.67 | 0.00 |
| 10 | Karnes Landscape Supply | 7100-000 | N/A | 66,698.97 | 66,698.97 | 0.00 |
| 11 | DFCC, Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | Source One Office Products | 7100-000 | N/A | 1,757.87 | 1,757.87 | 0.00 |
| 13 | Gatwood Crane Service | 7100-000 | N/A | 1,990.00 | 1,990.00 | 0.00 |
| 14 | Tire Management | 7100-000 | N/A | 1,607.04 | 1,607.04 | 0.00 |
| 15 | Engineering Enterprises, In | 7100-000 | N/A | 24,449.00 | 24,449.00 | 0.00 |
| 16 | Agri Drain | 7100-000 | N/A | 479.85 | 479.85 | 0.00 |
| 17 | Marshland Transplant | 7100-000 | N/A | 6,764.22 | 6,764.22 | 0.00 |
| 18 | Homer Industries LLC | 7100-000 | N/A | 1,110.00 | 1,110.00 | 0.00 |
| 19 | Parker Systems, Inc. | 7100-000 | N/A | 932.70 | 932.70 | 0.00 |
| 20 | Palace Industries | 7100-000 | N/A | 201.59 | 201.59 | 0.00 |
| 21 | Holland & Knight LLP | 7100-000 | N/A | 26,935.62 | 26,935.62 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount | Allowed | Paid |
|---|---|---|---|---|---|---|
| 22 | Naturescape Design, Inc. | 7100-000 | N/A | 28,485.88 | 28,485.88 | 0.00 |
| 24 | Buikema's Ace Hardware | 7100-000 | N/A | 773.46 | 773.46 | 0.00 |
| 25 | KRW Services Inc. | 7100-000 | N/A | 2,335.00 | 2,335.00 | 0.00 |
| 26 | Conserv FS | 7100-000 | N/A | 2,982.03 | 2,982.03 | 0.00 |
| 27 | Illinois Department of Revenue | 7100-000 | N/A | 22.00 | 22.00 | 0.00 |
| 28U | Illinois Department of Revenue | 7100-000 | N/A | 2,223.60 | 9,540.08 | 0.00 |
| 29 | DeBucks Sod Farm of Wisconsin Inc | 7100-000 | N/A | 44,622.26 | 44,622.26 | 0.00 |
| 30 | United Construction Products Inc | 7100-000 | N/A | 12,611.24 | 12,611.24 | 0.00 |
| 31 | Q & A Consulting | 7100-000 | N/A | 12,735.00 | 12,735.00 | 0.00 |
| 32 | One Star Long Distance | 7100-000 | N/A | 279.94 | 279.94 | 0.00 |
| 33 | Worldwide Express-Chicago W | 7100-000 | N/A | 448.69 | 448.69 | 0.00 |
| 35 | JR Simplot Company d/b/a Simplot Partners | 7100-000 | N/A | 9,235.99 | 9,235.99 | 0.00 |
| 36U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 180,426.41 | 0.00 | 0.00 |
| 37 | American Rental Centers | 7100-000 | N/A | 3,072.02 | 3,072.02 | 0.00 |
| 38 | Fastenal Industrial & | 7100-000 | N/A | 948.92 | 948.92 | 0.00 |
| 39 | Fox Valley Ford | 7100-000 | N/A | 2,138.83 | 2,138.83 | 0.00 |
| 41 | Mobile Mini Inc | 7100-000 | N/A | 499.98 | 499.98 | 0.00 |
| 42 | Speedway SuperAmerica LLC | 7100-000 | N/A | 8,221.21 | 8,221.21 | 0.00 |
| 43 | Cary Concrete Products, Inc | 7100-000 | N/A | 6,175.00 | 6,175.00 | 0.00 |
| 44 | Peerless Fence Div of Peerless Ent In | 7100-000 | N/A | 6,865.00 | 6,865.00 | 0.00 |
| 45 | Railroad Maintenance and Industrial Health and Wel | 7100-000 | N/A | 6,386.65 | 0.00 | 0.00 |
| 47 | Commerce and Industry Insurance | 7100-000 | N/A | 20,330.00 | 20,330.00 | 0.00 |
| 48 | CNH Capital America LLC as assignee of | 7100-000 | N/A | 12,628.82 | 12,628.82 | 0.00 |
| 49 | United Rentals | 7100-000 | N/A | 11,064.84 | 11,064.84 | 0.00 |
| 50 | J F New & Associates | 7100-000 | N/A | 8,730.60 | 8,730.60 | 0.00 |
| 51 | Hyzer Hyzer & Jacobs Attys | 7100-000 | N/A | 1,621.46 | 0.00 | 0.00 |
| 52 | West Bend Mutual | 7100-000 | N/A | 94,808.72 | 94,808.72 | 0.00 |
| 53 | Hyzer Hyzer & Jacobs Attys | 7100-000 | N/A | 1,536.51 | 1,536.51 | 0.00 |
| 54 | Sikich Gardner & Co LLP | 7100-000 | N/A | 24,105.83 | 24,105.83 | 0.00 |
| 55 | CNH Capital | 7100-000 | N/A | 773.44 | 773.44 | 0.00 |
| 57U | Department of the Treasury-Internal Revenue | 7100-000 | N/A | 180,426.41 | 180,426.41 | 0.00 |
| 58 | Utility Dynamics Corp | 7100-000 | N/A | 113,701.55 | 113,701.55 | 0.00 |
| 59 | Elmhurst Chicago Stone Co | 7100-000 | N/A | 29,638.25 | 29,638.25 | 0.00 |
| 60 | First National Ins.Co. | 7100-000 | N/A | 715,000.00 | 715,000.00 | 0.00 |
| 61 | T & W Edimer Corp | 7100-000 | N/A | 1,638.50 | 1,638.50 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | DLM Trucking Inc | 7100-000 | N/A | 1,320.00 | 1,320.00 | 0.00 |
| 63U | Randall Brockway | 7100-000 | N/A | N/A | 3,766.12 | 0.00 |
| 64 | United Parcel Service | 7200-000 | N/A | 204.54 | 204.54 | 0.00 |
| 65U | James McCabe | 7100-000 | N/A | N/A | 6,692.31 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 3,325,594.04 | 2,353,812.32 | 0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-28453-RG  **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** LANDSCAPE RESOURCES, INC.  **Filed (f) or Converted (c):** 07/18/05 (f)
DBA LANDSCAPE RESOURCES INC  **§341(a) Meeting Date:** 08/15/05
**Period Ending:** 03/25/11  **Claims Bar Date:** 05/05/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account - LaSalle Bank | 100.00 | 100.00 | DA | 0.00 | FA |
| 2 | accounts receivable | 240,430.00 | 240,430.00 | DA | 0.00 | FA |
| 3 | motor vehicles | Unknown | 0.00 | | 5,000.00 | FA |
| 4 | office equipment | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | machinery and equipment | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | inventory | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | fraudulent transfer - Diane Ketterer (u) | Unknown | 150,000.00 | | 25,447.26 | FA |
| 8 | pref. tran. - Concrete Clinic (u) | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 9 | pref .tran. - Speedway (u) | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 10 | pref. tran. - Hinsdale Nurseries (u) | 7,125.00 | 7,125.00 | DA | 0.00 | FA |
| 11 | pref. tran. - Jalic G.T. (u) | 10,291.92 | 10,291.92 | DA | 0.00 | FA |
| 12 | pref. tran. - R.J. Smith Sales (u) | 2,136.00 | 2,136.00 | DA | 0.00 | FA |
| 13 | pref. tran. - Wolosek Landscaping (u) | 10,927.68 | 10,927.68 | | 4,927.68 | FA |
| 14 | pref. tran. - Eilts and Assoc. (u) | 10,000.00 | 10,000.00 | | 2,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 146.62 | FA |
| 15 | Assets    Totals (Excluding unknown values) | **$289,510.60** | **$439,510.60** | | **$37,521.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 15, 2007   **Current Projected Date Of Final Report (TFR):**   November 1, 2010 (Actual)

Printed: 03/25/2011 08:24 PM    V.12.54

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-19 - Time Deposit Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/09 | | FUNDING ACCOUNT: ********0465 | | 9999-000 | 25,000.00 | | 25,000.00 |
| 06/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,003.08 |
| 07/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,006.27 |
| 08/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,009.35 |
| 09/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,012.43 |
| 10/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,015.62 |
| 11/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,018.71 |
| 12/04/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,021.79 |
| 01/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,024.98 |
| 02/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,028.06 |
| 03/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,031.15 |
| 04/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,034.34 |
| 05/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.09 | | 25,037.43 |
| 05/07/10 | | Transfer out to account ********0465 | Transfer out to account ********0465 | 9999-000 | -25,037.43 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -37.43 | 0.00 | |
| | | | **Subtotal** | | 37.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37.43** | **$0.00** | |

{} Asset reference(s)

Printed: 03/25/2011 08:24 PM    V.12.54

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/03/06 | {3} | Harris Official Bank Check | payment from Bodnar - purchase of estate motor vehicles | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.51 | | 5,002.51 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 3.17 | | 5,005.68 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 3.33 | | 5,009.01 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.49 | | 5,011.50 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.67 | | 5,014.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.76 | | 5,016.93 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.76 | | 5,019.69 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.59 | | 5,022.28 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.86 | | 5,025.14 |
| 08/31/07 | {13} | Wolosek Landscaping | settlement proceeds | 1241-000 | 4,927.68 | | 9,952.82 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.77 | | 9,955.59 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 4.61 | | 9,960.20 |
| 10/12/07 | {7} | LaSalle Bank | garnishment proceeds | 1241-000 | 2,564.76 | | 12,524.96 |
| 10/28/07 | {14} | Eilts & Associates | settlement proceeds | 1241-000 | 2,000.00 | | 14,524.96 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.69 | | 14,531.65 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 7.56 | | 14,539.21 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 7.40 | | 14,546.61 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 6.65 | | 14,553.26 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 2.98 | | 14,556.24 |
| 03/13/08 | {7} | Western Remac, Inc. | wage garnishment proceeds | 1241-000 | 202.50 | | 14,758.74 |
| 03/13/08 | {7} | Western Remac, Inc. | wage garnishment proceeds | 1241-000 | 202.50 | | 14,961.24 |
| 03/28/08 | {7} | Western Remac, Inc | garnishment proceeds - Ketterer | 1241-000 | 202.50 | | 15,163.74 |
| 03/28/08 | {7} | Western Remac, Inc. | garnishment proceeds - Ketterer | 1241-000 | 202.50 | | 15,366.24 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.73 | | 15,368.97 |
| 04/04/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 15,571.47 |
| 04/25/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 15,773.97 |
| 04/25/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 15,976.47 |
| 04/25/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 16,178.97 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.17 | | 16,181.14 |
| 05/13/08 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 16,383.64 |
| 05/13/08 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 16,586.14 |
| 05/25/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 16,788.64 |
| 05/25/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 16,991.14 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 2.05 | | 16,993.19 |
| 06/06/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 17,195.69 |

Subtotals :   $17,195.69   $0.00

{} Asset reference(s)   Printed: 03/25/2011 08:24 PM   V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/06/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 17,398.19 |
| 06/13/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 17,600.69 |
| 06/27/08 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 17,803.19 |
| 06/27/08 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 18,005.69 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.19 | | 18,007.88 |
| 07/13/08 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 18,210.38 |
| 07/13/08 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 18,412.88 |
| 07/29/08 | {7} | Western Remac,Inc. | garnishment proceeds | 1241-000 | 202.50 | | 18,615.38 |
| 07/29/08 | {7} | Western Remac,Inc. | garnishment proceeds | 1241-000 | 202.50 | | 18,817.88 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.31 | | 18,820.19 |
| 08/05/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 19,022.69 |
| 08/05/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 19,225.19 |
| 08/27/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 19,427.69 |
| 08/27/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 19,630.19 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.27 | | 19,632.46 |
| 09/05/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 19,834.96 |
| 09/05/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 20,037.46 |
| 09/16/08 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 20,239.96 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.62 | | 20,242.58 |
| 10/10/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 20,445.08 |
| 10/10/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 20,647.58 |
| 10/10/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 20,850.08 |
| 10/10/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 21,052.58 |
| 10/29/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 21,255.08 |
| 10/29/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 21,457.58 |
| 10/29/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 21,660.08 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.27 | | 21,662.35 |
| 11/12/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 21,864.85 |
| 11/24/08 | {7} | Western Remac, Inc. | wage garnishment | 1241-000 | 202.50 | | 22,067.35 |
| 11/24/08 | {7} | Western Remac, Inc. | wage garnishment | 1241-000 | 202.50 | | 22,269.85 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.71 | | 22,271.56 |
| 12/17/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 22,474.06 |
| 12/17/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 22,676.56 |
| 12/17/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 22,879.06 |
| 12/23/08 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 23,081.56 |
| 12/30/08 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 23,284.06 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.59 | | 23,285.65 |

Subtotals : $6,089.96  $0.00

{} Asset reference(s)

Printed: 03/25/2011 08:24 PM   V.12.54

## FORM 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 23,488.15 |
| 01/10/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 23,690.65 |
| 01/28/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 23,893.15 |
| 01/28/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 24,095.65 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 24,096.60 |
| 02/09/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 24,299.10 |
| 02/09/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 24,501.60 |
| 02/20/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 24,704.10 |
| 02/20/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 24,906.60 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 24,907.52 |
| 03/02/09 | {7} | Western Remac, Inc. | garnishment payment | 1241-000 | 202.50 | | 25,110.02 |
| 03/20/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 25,312.52 |
| 03/20/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 25,515.02 |
| 03/20/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 25,717.52 |
| 03/30/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 25,920.02 |
| 03/30/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 26,122.52 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 26,123.61 |
| 04/15/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 26,326.11 |
| 04/15/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 26,528.61 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.07 | | 26,529.68 |
| 05/05/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 26,732.18 |
| 05/05/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 26,934.68 |
| 05/05/09 | | ACCOUNT FUNDED: ********0419 | | 9999-000 | | 25,000.00 | 1,934.68 |
| 05/22/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 2,137.18 |
| 05/22/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 2,339.68 |
| 05/22/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 2,542.18 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 2,542.42 |
| 06/04/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 2,744.92 |
| 06/04/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 2,947.42 |
| 06/15/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 3,149.92 |
| 06/24/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 405.00 | | 3,554.92 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,555.05 |
| 07/06/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 3,757.55 |
| 07/09/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 3,960.05 |
| 07/19/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 4,162.55 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,162.71 |
| 08/07/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 4,365.21 |

Subtotals :    $6,079.56    $25,000.00

{} Asset reference(s)    Printed: 03/25/2011 08:24 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG
**Case Name:** LANDSCAPE RESOURCES, INC.
DBA LANDSCAPE RESOURCES INC
**Taxpayer ID #:** **-***7920
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****04-65 - Money Market Account
**Blanket Bond:** $50,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 210.00 | | 4,575.21 |
| 08/07/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 195.00 | | 4,770.21 |
| 08/13/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 4,972.71 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,972.90 |
| 09/05/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 5,175.40 |
| 09/05/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 5,377.90 |
| 09/05/09 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 5,580.40 |
| 09/24/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 5,782.90 |
| 09/24/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 5,985.40 |
| 09/24/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 6,187.90 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 6,188.12 |
| 10/13/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 6,390.62 |
| 10/13/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 6,593.12 |
| 10/16/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 6,795.62 |
| 10/30/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 6,998.12 |
| 10/30/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 7,200.62 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 7,200.88 |
| 11/04/09 | {7} | Western Remac, Inc | garnishment proceeds | 1241-000 | 202.50 | | 7,403.38 |
| 11/22/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 7,605.88 |
| 11/22/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 7,808.38 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,808.68 |
| 12/09/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 8,011.18 |
| 12/09/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 8,213.68 |
| 12/24/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 8,416.18 |
| 12/24/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 8,618.68 |
| 12/24/09 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 8,821.18 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,821.52 |
| 01/12/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 9,024.02 |
| 01/12/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 9,226.52 |
| 01/22/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 9,429.02 |
| 01/22/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 9,631.52 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,631.87 |
| 02/04/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 9,834.37 |
| 02/04/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 10,036.87 |
| 02/20/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 10,239.37 |
| 02/20/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 10,441.87 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 10,442.24 |
| | | | | Subtotals : | $6,077.03 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 10,644.74 |
| 03/05/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 10,847.24 |
| 03/16/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 11,049.74 |
| 03/23/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 11,252.24 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.48 | | 11,252.72 |
| 04/01/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 11,455.22 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.29 | | 11,455.51 |
| 04/20/10 | | Wire out to BNYM account 9200******0465 | Wire out to BNYM account 9200******0465 | 9999-000 | -11,455.51 | | 0.00 |
| 05/07/10 | | Transfer in from account ********0419 | Transfer in from account ********0419 | 9999-000 | 25,037.43 | | 25,037.43 |
| 05/07/10 | | Wire out to BNYM account 9200******0419 | Wire out to BNYM account 9200******0419 | 9999-000 | -25,037.43 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -11,455.51 | 25,000.00 | |
| | | | **Subtotal** | | 36,455.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,455.51** | **$0.00** | |

{} Asset reference(s)

Printed: 03/25/2011 08:24 PM     V.12.54

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-19 - Trustee Investment Acct  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | 9999-000 | 25,037.43 | | 25,037.43 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.57 | | 25,040.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.08 | | 25,043.08 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.20 | | 25,046.28 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 3.18 | | 25,049.46 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,049.66 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,049.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,050.07 |
| 12/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 25,050.08 |
| 12/02/10 | | To Account #9200******0466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 25,050.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,050.08 | 25,050.08 | $0.00 |
| | | | Less: Bank Transfers | | 25,037.43 | 25,050.08 | |
| | | | **Subtotal** | | 12.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12.65** | **$0.00** | |

{} Asset reference(s)        Printed: 03/25/2011 08:24 PM    V.12.54

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | 9999-000 | 11,455.51 | | 11,455.51 |
| 04/21/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 11,658.01 |
| 04/21/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 11,860.51 |
| 04/21/10 | {7} | Western Remac, Inc. | garnishment proceeds | 1241-000 | 202.50 | | 12,063.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.25 | | 12,063.26 |
| 05/11/10 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 12,265.76 |
| 05/11/10 | {7} | Western Remac | garnishment proceeds | 1241-000 | 202.50 | | 12,468.26 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.73 | | 12,468.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.72 | | 12,469.71 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.74 | | 12,470.45 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.73 | | 12,471.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,471.28 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,471.38 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,471.48 |
| 12/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 12,471.48 |
| 12/02/10 | | To Account #9200******0466 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 12,471.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,471.48 | 12,471.48 | $0.00 |
| | | | Less: Bank Transfers | | 11,455.51 | 12,471.48 | |
| | | | **Subtotal** | | **1,015.97** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,015.97** | **$0.00** | |

{} Asset reference(s)

Printed: 03/25/2011 08:24 PM    V.12.54

Exhibit 9

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 05-28453-RG | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | LANDSCAPE RESOURCES, INC. | | Bank Name: | The Bank of New York Mellon |
| | DBA LANDSCAPE RESOURCES INC | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***7920 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 03/25/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/02/10 | | From Account #9200******0419 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 25,050.08 | | 25,050.08 |
| 12/02/10 | | From Account #9200******0465 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 12,471.48 | | 37,521.56 |
| 12/02/10 | 101 | Joseph R. Voiland | Dividend paid 100.00% on $12,419.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,419.50 | 25,102.06 |
| 12/02/10 | 102 | Joseph R. Voiland | Dividend paid 100.00% on $993.69, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 993.69 | 24,108.37 |
| 12/02/10 | 103 | JOSEPH R. VOILAND | Dividend paid 100.00% on $4,502.09, Trustee Compensation;  Reference: | 2100-000 | | 4,502.09 | 19,606.28 |
| 12/02/10 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $534.57, Trustee Expenses;  Reference: | 2200-000 | | 534.57 | 19,071.71 |
| 12/02/10 | 105 | West Suburban Bank | Dividend paid 100.00% on $4,375.00, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs);  Reference: | 2420-000 | | 4,375.00 | 14,696.71 |
| 12/02/10 | 106 | Clerk of Bankruptcy Court, ND, IL | Dividend paid 100.00% on $2,250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 2,250.00 | 12,446.71 |
| 12/02/10 | 107 | Internal Revenue Service | Dividend paid 100.00% on $2,898.98; Filed: $0.00 for Federal W/H | 5300-000 | | 2,898.98 | 9,547.73 |
| 12/02/10 | 108 | Internal Revenue Service | Dividend paid 100.00% on $718.95; Filed: $0.00 for FICA | 5300-000 | | 718.95 | 8,828.78 |
| 12/02/10 | 109 | Internal Revenue Service | Dividend paid 100.00% on $168.14; Filed: $0.00 for Medicare | 5300-000 | | 168.14 | 8,660.64 |
| 12/02/10 | 110 | Illinois Department of Revenue | Dividend paid 100.00% on $347.88; Filed: $0.00 for State W/H | 5300-000 | | 347.88 | 8,312.76 |
| 12/02/10 | 111 | Hector Espinal | Dividend paid 100.00% on $2,635.73; Claim# 23; Final distribution | 5300-000 | | 2,635.73 | 5,677.03 |
| 12/02/10 | 112 | Randall Brockway | Dividend paid 100.00% on $2,895.75; Claim# 63P; Final distribution | 5300-000 | | 2,895.75 | 2,781.28 |
| 12/02/10 | 113 | James Mc Cabe | Dividend paid 100.00% on $1,930.50; Claim# 65P; Final distribution | 5300-000 | | 1,930.50 | 850.78 |
| 12/02/10 | 114 | Midwest Operating Engineers Pension Fund | Dividend paid   3.67% on $630.45; Claim# 5P; Final distribution | 5400-000 | | 23.19 | 827.59 |
| 12/02/10 | 115 | IUOE Local 649 Annuity Fund | Dividend paid   3.67% on $3,389.61; Claim# 34; Final distribution | 5400-000 | | 124.67 | 702.92 |
| 12/02/10 | 116 | Railroad Maintenance and Industrial | Dividend paid   3.67% on $9,996.00; Claim# 45 | 5400-000 | | 367.65 | 335.27 |

Subtotals :     $37,521.56     $37,186.29

{} Asset reference(s)

Printed: 03/25/2011 08:24 PM     V.12.54

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 05-28453-RG  
**Case Name:** LANDSCAPE RESOURCES, INC.  
DBA LANDSCAPE RESOURCES INC  
**Taxpayer ID #:** **-***7920  
**Period Ending:** 03/25/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  | Health and Wel | -2; Final distribution |  |  |  |  |
| 12/02/10 | 117 | Mid Central H & W Fund | Dividend paid   3.67% on $9,115.63; Claim# 46; Final distribution | 5400-000 |  | 335.27 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 37,521.56 | 37,521.56 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 37,521.56 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 37,521.56 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$37,521.56** |  |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| TIA # ***-*****04-19 | 37.43 | 0.00 | 0.00 |
| MMA # ***-*****04-65 | 36,455.51 | 0.00 | 0.00 |
| TIA # 9200-******04-19 | 12.65 | 0.00 | 0.00 |
| MMA # 9200-******04-65 | 1,015.97 | 0.00 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 37,521.56 | 0.00 |
|  | $37,521.56 | $37,521.56 | $0.00 |

{} Asset reference(s) 

Printed: 03/25/2011 08:24 PM    V.12.54